Exhibit B

Defendant Response Letter



**SUPERVISOR OF ELECTIONS**
*Dr. Brenda C. Snipes*
BROWARD COUNTY, FLORIDA

BROWARD GOVERNMENTAL CENTER · 115 SOUTH ANDREWS AVENUE, ROOM 102 · FORT LAUDERDALE, FLORIDA 33301 · 954.357.7061

February 3, 2016

Shawna Powell
Public Interest legal Foundation
209 West Main Street
Plainfield, Indiana 46168

Dear Ms. Powell:

This correspondence is in response to your letter dated January 12, 2016. It is my understanding that this letter was sent to, at least, seven Supervisors of Elections in the State of Florida.

In your letter, several allegations and assumptions were made relating to matters of voter registration and records management. It is important to note that Florida has a statewide database and the state issues statewide guidelines and procedures pertaining to voter registration and list maintenance. Kindly familiarize yourself with Sections 98.045, and 98.065, Florida Statutes, where you may review the details of these relevant statutes.

Broward County, like other Florida counties, adheres strictly to the State of Florida guidelines regarding management of the voter rolls. Therefore, it is "implausible" that an assertion would be made that the voter rolls are filled with more voters than "live" persons residing in the county.

I have attached Certification of Address List Maintenance Activities and Certification of Eligibility Records Maintenance reports documenting actions taken by this office to manage removal of voters no longer eligible to vote in Broward County. In addition to the schedule required for list maintenance processing and reporting, Broward also follows up on information received from credible sources that a person may no longer be eligible to vote.

Page 2 - *Public Interest legal Foundation*

At no time during my tenure, which began in November 2003, has the number of registered voters outnumbered the live persons residing in Broward County.

Should you require further information, please contact Burnadette Norris-Weeks, Esq. who is the General Counsel for the office. She can be reached at (954) 768-9770. The Broward County Supervisor of Elections' website, browardsoe.org may also be an additional source of information.

Sincerely,

Brenda C. Snipes, Ed. D.
Broward County Supervisor of Elections

BCS:ps
Letter to Public Interest Legal Foundation 2-3-16.doc



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## Certification of Eligibility Records Maintenance

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County, certify the following for the period January 1, 2011 to June 30, 2011, OR July 1, _____ to December 31, _____:

| | A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY (provide total number for each category) |
|---|---|
| 932 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 975 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |

| | B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) |
|---|---|
| 68 | Voters who **responded to mailed notices** |
| 0 | Voters who responded to published notices |
| 2 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |

| | C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL |
|---|---|
| 1533 | Convicted felon with no civil rights restored/no clemency. |
| 13 | **Mentally incapacitated without voting rights restored** (Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights) |
| 4235 | **Deceased** (Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source) |
| 0 | **Not of legal age** to register |
| 0 | Not a U.S. citizen |
| 0 | **Listed a residence that is not his or her legal residence** (Refers to voters who listed someone else's legal residence, or who listed a residence that is not a valid legal residence) |
| 0 | **Fictitious person** (Includes registered voters with fake names and/or date of birth or who use someone else's residence, name or date of birth to register) |

_____        July 25, 2011
Supervisor of Elections or designee (signature)        Date

Please submit by deadline [July 31 for Jan–Jun] or by January 31 for Jul–Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

Page 1 of 1

DS DE# 118 (rev.07/2011)/R1S-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____
County, certify that the following address list maintenance program activities(check all that apply) were
conducted January 1, 2011 _____ to June 30, 2011 _____, or July 1, _____ to December 31, _____:

- ☐ Change-of-address information from U.S. Postal Service/NCOA
- ☐ Mass (nonforwardable) mailing to all registered voters in county
- ☐ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) *(provide total number)* | |
|---|---|
| 946 | Address confirmation requests sent |
| **ACTIVITY: ADDRESS CHANGE NOTICES (ACN)** *(provide total number)* | |
| 1340 | Address change notices sent |
| **ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN)** *(provide total number in each category)* | |
| 2443 | Address confirmation final notices sent |
| 1089 | Registered voters who responded to address confirmation final notices |
| **ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.)** *(provide total number in each category)* | |
| 9568 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |
| **ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.)** | |
| 0 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record)* |

_____       July 25, 2011 _____
Supervisor of Elections or designee (signature)                    Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through
December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections,
R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax) .

DS-DE #117 (rev. 07/2011)/R15-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as
required under section 98.075, F.S. to identify and remove ineligible voters from the voter
registration rolls.

I, __Dr. Brenda C. Snipes_____, Supervisor of Elections or designee, for
__Broward_____ County,  certify the following for the period January 1, _____ to June 30,
_____, OR July 1, __2011__ to December 31, __2011__ :

| | |
|---|---|
| **A.  ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY ( provide total number for each category)** | |
| 495 | **Notices mailed**  (s. 98.075(7)(a)1., F.S.) |
| 315 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |
| **B.  ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED)** | |
| 28 | Voters who **responded to mailed notices** |
| 0 | Voters who responded to published notices |
| 2 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |
| **C.  ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL** | |
| 547 | **Convicted felon with no civil rights restored/no clemency.** |
| 20 | **Mentally Incapacitated without voting rights restored** *(Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights)* |
| 3435 | **Deceased** *(Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source)* |
| 0 | **Not of legal age** to register |
| 0 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** *(Refers to voters who listed someone else's legal residence, or who listed a residence that is not a valid legal residence)* |
| 0 | **Fictitious person** *(Includes registered voters with fake names and/or date of birth or who use someone else's residence, name or date of birth to register)* |

_____        _____
Supervisor of Elections or designee (signature)        Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul–Dec) to: Chief, Bureau of Voter
Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street
Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

Page 1 of 1

DS DE# 118 (rev.07/2011)/R1S-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____
County, certify that the following address list maintenance program activities(check all that apply) were
conducted January 1, _____ to June 30, _____, or July 1, 2011 to December 31, 2011 :

☒ Change-of-address information from U.S. Postal Service/NCOA

☐ Mass (nonforwardable) mailing to all registered voters in county

☒ Targeted address confirmation request (nonforwardable) mailing to registered voters who have
not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) *(provide total number)* | |
|---|---|
| 456 | Address confirmation requests sent |

| ACTIVITY: ADDRESS CHANGE NOTICES (ACN) *(provide total number)* | |
|---|---|
| 6970 | Address change notices sent |

| ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) *(provide total number in each category)* | |
|---|---|
| 2925 | Address confirmation final notices sent |
| 990 | Registered voters who responded to address confirmation final notices |

| ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) *(provide total number in each category)* | |
|---|---|
| 2 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |

| ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.) | |
|---|---|
| 141939 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record)* |

_____     _____
Supervisor of Elections or designee (signature)          Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through
December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections,
R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone); 850/245-6291 (fax)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## Certification of Eligibility Records Maintenance

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, __Brenda C. Snipes_____, Supervisor of Elections or designee, for __Broward_____ County, certify the following for the period January 1, 2012 to June 30, 2012, OR July 1, _____ to December 31, _____ :

| | |
|---|---|
| **A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY ( provide total number for each category)** | |
| 1175 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) (This includes 259 non-citizens) |
| 373 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable. For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |
| **B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED)** | |
| 88 | Voters who **responded to mailed notices** (14 are non-citizens) |
| 1 | Voters who **responded to published notices** |
| 9 | **Number of hearings conducted** (this should be the same as the number of voters who responded to either a mailed or published notice and requested a hearing (such hearing can only be requested by and held for persons who deny ineligibility) (6 are non-citizens) |
| **C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL** | |
| 730 | **Convicted felon with no civil rights restored/no clemency.** |
| 29 | **Mentally incapacitated without voting rights restored** (Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights) |
| 9,924 | **Deceased** (Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source) |
| 0 | **Not of legal age** to register |
| 7 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** (Refers to voters who listed someone's else legal residence, or who listed a residence that is not a valid legal residence) |
| 0 | **Fictitious person** (Includes registered voters with fake names and/or date or birth or who use someone's else's residence, name or date of birth to register) |

_____     _____
Supervisor of Elections or designee (signature)          Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

Page 1 of 1

DS DE# 118 (rev. 07-2011)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## Certification of Address List Maintenance Activities

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County, certify that the following address list maintenance program activities(check all that apply) were conducted January 1, 2012 ____ to June 30, 2012 , or July 1, _____ to December 31, _____:

☐ Change-of-address information from U.S. Postal Service/NCOA

☐ Mass (nonforwardable) mailing to all registered voters in county

☑ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| *ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) (provide total number)* | |
|---|---|
| 587 | Address confirmation requests sent |

| *ACTIVITY: ADDRESS CHANGE NOTICES (ACN) (provide total number)* | |
|---|---|
| 3735 | Address change notices sent |

| *ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) (provide total number in each category)* | |
|---|---|
| 8822 | Address confirmation final notices sent |
| 5986 | Registered voters who responded to address confirmation final notices |

| *ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) (provide total number in each category)* | |
|---|---|
| 6596 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |

| *ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.)* | |
|---|---|
| 33 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record)* |

_____    _____
Supervisor of Elections or designee (signature)                    Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R1S-2.041, F.A.C.

FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION



## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, ___Brenda C. Snipes_____, Supervisor of Elections or designee, for __Broward_____ County, certify the following for the period of July 1, 2012 to December 31, 2012 :

| | A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY (provide total number for each category) |
|---|---|
| 2495 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 850 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |
| | B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) |
| 112 | Voters who **responded to mailed notices** |
| 0 | Voters who **responded to published notices** |
| 4 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |
| | C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL |
| 1520 | **Convicted felon** with no civil rights restored/no clemency. |
| 24 | **Mentally incapacitated without voting rights restored** *(Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights)* |
| 5862 | **Deceased** *(Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source)* |
| 0 | **Not of legal age** to register |
| 8 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** *(Refers to voters who listed someone's else legal residence, or who listed a residence that is not a valid legal residence)* |
| 0 | **Fictitious person** *(Includes registered voters with fake names and/or date or birth or who use someone's else's residence, name or date of birth to register)* |

_____     _____
Supervisor of Elections or designee (signature)      Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

DS DE# 118 (rev. 07-2011)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____
County, certify that the following address list maintenance program activities(check all that apply) were
conducted January 1, _____ to June 30, _____, or July 1, 2012 _____ to December 31, 2012 _____:

☐ Change-of-address information from U.S. Postal Service/NCOA
☐ Mass (nonforwardable) mailing to all registered voters in county
☐ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) *(provide total number)* | |
|---|---|
| 572 | Address confirmation requests sent |
| **ACTIVITY: ADDRESS CHANGE NOTICES (ACN)** *(provide total number)* | |
| 2704 | Address change notices sent |
| **ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN)** *(provide total number in each category)* | |
| 4996 | Address confirmation final notices sent |
| 21 | Registered voters who responded to address confirmation final notices |
| **ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.)** *(provide total number in each category)* | |
| 1 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |
| **ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.)** | |
| 17091 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record)* |

01-15-2013

Supervisor of Elections or designee (signature)          Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R1S-2.041, F.A.C.

FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION



### *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, __Brenda C. Snipes_____, Supervisor of Elections or designee, for __Broward_____ County, certify the following for the period of January 1, 2013 to June 30, 2013:

| A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY (provide total number for each category) | |
|---|---|
| 1104 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 880 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable. For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |
| B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) | |
| 90 | Voters who **responded to mailed notices** |
| 3 | Voters who **responded to published notices** |
| 0 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |
| C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL | |
| 2024 | **Convicted felon** with no civil rights restored/no clemency. |
| 25 | **Mentally incapacitated without voting rights restored** (Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights) |
| 5918 | **Deceased** (Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source) |
| 0 | **Not of legal age** to register |
| 1 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** (Refers to voters who listed someone's else legal residence, or who listed a residence that is not a valid legal residence) |
| 1 | **Fictitious person** (Includes registered voters with fake names and/or date of birth or who use someone's else's residence, name or date of birth to register) |

_____
Supervisor of Elections or designee (signature)        Date

Please submit by deadline (July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

DS DE# 118 (rev. 07-2011)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

*This form is to be used to certify that a Supervisor of Elections has conducted activities
required under Section 98.065, Fla. Stat., to maintain current and accurate residential
addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____
County, certify that the following address list maintenance program activities(check all that apply) were
conducted January 1, 2013 ____ to June 30, 2013 ____, or July 1, _____ to December 31, _____:

☐ Change-of-address information from U.S. Postal Service/NCOA

☐ Mass (nonforwardable) mailing to all registered voters in county

☐ Targeted address confirmation request (nonforwardable) mailing to registered voters who have
not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) *(provide total number)* | |
|---|---|
| 930 | Address confirmation requests sent |

| ACTIVITY: ADDRESS CHANGE NOTICES (ACN) *(provide total number)* | |
|---|---|
| 7673 | Address change notices sent |

| ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) *(provide total number in each category)* | |
|---|---|
| 65383 | Address confirmation final notices sent |
| 12486 | Registered voters who responded to address confirmation final notices |

| ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) *(provide total number in each category)* | |
|---|---|
| 44300 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |

| ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.) | |
|---|---|
| 52 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record)* |

07-15-2013

Supervisor of Elections or designee (signature)                      Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through
December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections,
R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R1S-2.041, F.A. C.

FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION



## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, ___Brenda C. Snipes_____, Supervisor of Elections or designee, for ___Broward_____ County,  certify the following for the period of July 1, 2013 to December 31, 2013 :

| A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY ( provide total number for each category) | |
|---|---|
| 819 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 464 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |

| B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) | |
|---|---|
| 24 | Voters who **responded to mailed notices** |
| 0 | Voters who **responded to published notices** |
| 0 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |

| C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL | |
|---|---|
| 778 | **Convicted felon with no civil rights restored/no clemency.** |
| 18 | **Mentally incapacitated without voting rights restored** (*Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights*) |
| 5761 | **Deceased** (*Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source*) |
| 0 | **Not of legal age to register** |
| 0 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** (*Refers to voters who listed someone's else legal residence, or who listed a residence that is not a valid legal residence*) |
| 0 | **Fictitious person** (*Includes registered voters with fake names and/or date or birth or who use someone's else's residence, name or date of birth to register*) |

_____      _____

Supervisor of Elections or designee (signature)          Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

DS DE# 118 (rev. 07-2011)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County, certify that the following address list maintenance program activities(check all that apply) were conducted January 1, _____ to June 30, _____, or July 1, 2013 _____ to December 31, 2013 ___:

☐ Change-of-address information from U.S. Postal Service/NCOA
☐ Mass (nonforwardable) mailing to all registered voters in county
☐ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) (provide total number) | |
|---|---|
| 5043 | Address confirmation requests sent |

| ACTIVITY: ADDRESS CHANGE NOTICES (ACN) (provide total number) | |
|---|---|
| 31689 | Address change notices sent |

| ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) (provide total number in each category) | |
|---|---|
| 24763 | Address confirmation final notices sent |
| 5772 | Registered voters who responded to address confirmation final notices |

| ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) (provide total number in each category) | |
|---|---|
| 31885 | Registered voter record placed on inactive status (*this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days*) |

| ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.) | |
|---|---|
| 0 | Number of *inactive* registered voters removed from the statewide voter registration system (*these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record*) |

_____                      _____
Supervisor of Elections or designee (signature)                              Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R1S-2.041, F.A.C.

FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, ___Brenda C. Snipes_____, Supervisor of Elections or designee, for ___Broward_____ County, certify the following for the period of January 1, 2014 to June 30, 2014:

| A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY ( provide total number for each category) | |
|---|---|
| 1267 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 526 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |
| B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) | |
| 34 | Voters who **responded to mailed notices** |
| 0 | Voters who **responded to published notices** |
| 0 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |
| C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL | |
| 838 | **Convicted felon with no civil rights restored/no clemency.** |
| 32 | **Mentally incapacitated without voting rights restored** *(Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights)* |
| 5663 | **Deceased** *(Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source)* |
| 0 | **Not of legal age to register** |
| 0 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** *(Refers to voters who listed someone's else legal residence, or who listed a residence that is not a valid legal residence)* |
| 0 | **Fictitious person** *(Includes registered voters with fake names and/or date or birth or who use someone's else's residence, name or date of birth to register)* |

_____    _____
Supervisor of Elections or designee (signature)        Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

Page 1 of 1

DS DE# 118 (rev. 07-2011)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____
County, certify that the following address list maintenance program activities(check all that apply) were
conducted January 1, 2014 ____ to June 30, 2014 , or July 1, _____ to December 31, _____:

☐ Change-of-address information from U.S. Postal Service/NCOA
☐ Mass (nonforwardable) mailing to all registered voters in county
☐ Targeted address confirmation request (nonforwardable) mailing to registered voters who have
not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) *(provide total number)* | |
|---|---|
| 1146 | Address confirmation requests sent |

| ACTIVITY: ADDRESS CHANGE NOTICES (ACN) *(provide total number)* | |
|---|---|
| 5522 | Address change notices sent |

| ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) *(provide total number in each category)* | |
|---|---|
| 58355 | Address confirmation final notices sent |
| 1515 | Registered voters who responded to address confirmation final notices |

| ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) *(provide total number in each category)* | |
|---|---|
| 60404 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |

| ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.) | |
|---|---|
| 0 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record)* |

_____     _____
Supervisor of Elections or designee (signature)          Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R15-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I,  Brenda C. Snipes , Supervisor of Elections or designee, for  Broward  County,  certify the following for the period July 1, 2014 to December 31, 2014 :

| A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY ( provide total number for each category) | |
|---|---|
| 1019 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 763 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable. For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |

| B.  ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) | |
|---|---|
| 38 | Voters who **responded to mailed notices** |
| -0- | Voters who **responded to published notices** |
| -0- | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |

| C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL | |
|---|---|
| 1393 | **Convicted felon with no civil rights restored/no clemency.** |
| 33 | **Mentally incapacitated without voting rights restored** *(Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights)* |
| 7759 | **Deceased** *(Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source)* |
| -0- | **Not of legal age** to register |
| 1 | **Not a U.S. citizen** |
| -0- | **Listed a residence that is not his or her legal residence** *(Refers to voters who listed someone's else legal residence, or who listed  a residence that is not a valid legal residence)* |
| -0- | **Fictitious person** *(Includes registered voters with fake names and/or date or birth or who use someone's else's residence, name or date of birth to register)* |

Supervisor of Elections or designee (signature)        Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

DS DE# 118 (rev. 07-2011)



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## *Certification of Address List Maintenance Activities*

This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.

I, Dr. Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County, certify that the following address list maintenance program activities(check all that apply) were conducted January 1, _____ to June 30, _____, or July 1, 2014 _____ to December 31, 2014 _____:

- ☐ Change-of-address information from U.S. Postal Service/NCOA
- ☐ Mass (nonforwardable) mailing to all registered voters in county
- ☑ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) (provide total number) | |
|---|---|
| 171 | Address confirmation requests sent |
| **ACTIVITY: ADDRESS CHANGE NOTICES (ACN) (provide total number)** | |
| 2225 | Address change notices sent |
| **ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) (provide total number in each category)** | |
| 9962 | Address confirmation final notices sent |
| 68 | Registered voters who responded to address confirmation final notices |
| **ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) (provide total number in each category)** | |
| 3 | Registered voter record placed on inactive status (this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days) |
| **ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.)** | |
| 0 | Number of inactive registered voters removed from the statewide voter registration system (these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record) |

_____     _____
Supervisor of Elections or designee (signature)                          Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R1S-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, Brenda C. Snipes_____, Supervisor of Elections or designee, for Broward_____ County, certify the following for the period January 1, 2015__ to June 30, 2015__, OR July 1, _____ to December 31, _____:

| A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY ( *provide total number for each category*) | |
|---|---|
| 991 | **Notices mailed** (s. 98.075(7)(a)1., F.S.) |
| 475 | **Notices published** (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |
| B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) | |
| 36 | Voters who **responded to mailed notices** |
| 0 | Voters who **responded to published notices** |
| 0 | **Number of hearings conducted** (this should be the same as the number of voters who **responded to either a mailed or published notice and requested a hearing** (such hearing can only be requested by and held for persons who deny ineligibility) |
| C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL | |
| 815 | **Convicted felon with no civil rights restored/no clemency.** |
| 38 | **Mentally incapacitated without voting rights restored** (*Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights*) |
| 6,970 | **Deceased** (*Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source*) |
| 0 | **Not of legal age** to register |
| 0 | **Not a U.S. citizen** |
| 0 | **Listed a residence that is not his or her legal residence** (*Refers to voters who listed someone else's legal residence, or who listed a residence that is not a valid legal residence*) |
| 0 | **Fictitious person** (*Includes registered voters with fake names and/or date of birth or who use someone else's residence, name or date of birth to register*) |

Supervisor of Elections or designee (signature)            Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

Page 1 of 1

DS DE# 118 (rev.07/2011)/R1S-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## Certification of Address List Maintenance Activities

This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.

I, Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County, certify that the following address list maintenance program activities(check all that apply) were conducted January 1, 2015 _____ to June 30, 2015 _____, or July 1, _____ to December 31, _____:

☐ Change-of-address information from U.S. Postal Service/NCOA

☐ Mass (nonforwardable) mailing to all registered voters in county

☑ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) (provide total number) | |
|---|---|
| 227 | Address confirmation requests sent |
| **ACTIVITY: ADDRESS CHANGE NOTICES (ACN) (provide total number)** | |
| 2490 | Address change notices sent |
| **ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) (provide total number in each category)** | |
| 3509 | Address confirmation final notices sent |
| 1121 | Registered voters who responded to address confirmation final notices |
| **ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) (provide total number in each category)** | |
| 3 | Registered voter record placed on inactive status (this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days) |
| **ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.)** | |
| 0 | Number of inactive registered voters removed from the statewide voter registration system (these are registered voters who were placed on the inactive list and who for two general election cycles thereafter did not vote or try, did not request an absentee ballot, nor updated their registration record) |

_____          _____
Supervisor of Elections or designee (signature)                                    Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

DS-DE #117 (rev. 07/2011)/R1S-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTION

## *Certification of Eligibility Records Maintenance*

This form is to be used to certify that the Supervisor of Elections conducted activities as required under section 98.075, F.S. to identify and remove ineligible voters from the voter registration rolls.

I, Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County, certify the following for the period January 1, _____ to June 30, _____, OR July 1, 2015 to December 31, 2015 :

| | A. ACTIVITY: NOTICE OF POTENTIAL INELIGIBILITY (provide total number for each category) |
|---|---|
| 655 | Notices mailed (s. 98.075(7)(a)1., F.S.) |
| 413 | Notices published (A notice is published ONLY if the mailed notice came back undeliverable which includes unclaimed, refused, or otherwise marked as undeliverable). For notices including voters, provide the number as if it were a notice per voter) (s. 98.075(7)(a)2., F.S.) |

| | B. ACTIVITY: RESPONSES TO NOTICES (MAILED OR PUBLISHED) |
|---|---|
| 27 | Voters who responded to mailed notices |
| 0 | Voters who responded to published notices |
| 0 | Number of hearings conducted (this should be the same as the number of voters who responded to either a mailed or published notice and requested a hearing (such hearing can only be requested by and held for persons who deny ineligibility) |

| | C. ACTIVITY: NUMBER OF VOTERS REMOVED BASED ON REASONS FOR REMOVAL |
|---|---|
| 807 | Convicted felon with no civil rights restored/no clemency. |
| 73 | Mentally incapacitated without voting rights restored (Refers to voters whom the court has declared to be mentally incapacitated AND taken away their voting rights/civil rights) |
| 5240 | Deceased (Refers to deceased voters removed with or without notice based on death data match identified by the state, receipt of in-state death certificates or information received from other source) |
| 0 | Not of legal age to register |
| 2 | Not a U.S. citizen |
| 0 | Listed a residence that is not his or her legal residence (Refers to voters who listed someone else's legal residence, or who listed a residence that is not a valid legal residence) |
| 0 | Fictitious person (Includes registered voters with fake names and/or date of birth or who use someone else's residence, name or date of birth to register) |

Supervisor of Elections or designee (signature)          Date

Please submit by deadline [July 31 for Jan–Jun) or by January 31 for Jul-Dec) to: Chief, Bureau of Voter Registration Services, Fla. Dept. of State, Division of Elections, R.A. Gray Building, 500 S. Bronough Street Tallahassee, Florida 32399; 850/245-6290 (phone) 850/245-6291 (fax)

DS DE# 118 (rev.07/2011)/R1S-2.041, F.A.C.



FLORIDA DEPARTMENT OF STATE/DIVISION OF ELECTIONS

## Certification of Address List Maintenance Activities

*This form is to be used to certify that a Supervisor of Elections has conducted activities required under Section 98.065, Fla. Stat., to maintain current and accurate residential addresses for registered voters.*

I, Brenda C. Snipes _____, Supervisor of Elections or designee, for Broward _____ County,  certify that the following address list maintenance program activities(check all that apply) were conducted January 1, _____ to June 30, _____, or July 1, 2015 _____ to December 31, 2015 ___:

☑ Change-of-address information from U.S. Postal Service/NCOA

☐ Mass (nonforwardable) mailing to all registered voters in county

☐ Targeted address confirmation request (nonforwardable) mailing to registered voters who have not voted or requested an update to their records within the last 2 years

| ACTIVITY: ADDRESS CONFIRMATION REQUESTS (ACR) (provide total number) | |
|---|---|
| 7025 | Address confirmation requests sent |
| ACTIVITY: ADDRESS CHANGE NOTICES (ACN) (provide total number) | |
| 44832 | Address change notices sent |
| ACTIVITY: ADDRESS CONFIRMATION FINAL NOTICES (ACFN) (provide total number in each category) | |
| 15791 | Address confirmation final notices sent |
| 1171 | Registered voters who responded to address confirmation final notices |
| ACTIVITY: PLACEMENT ON INACTIVE STATUS (s. 98.065(4)(c), F.S.) (provide total number in each category) | |
| 19235 | Registered voter record placed on inactive status *(this includes only those voters for whom an address confirmation final notice was undeliverable or who did not respond to the notice within 30 days)* |
| ACTIVITY: REMOVAL OF INACTIVE REGISTERED VOTERS (s. 98.065(4)(c), F.S.) | |
| 9131 | Number of *inactive* registered voters removed from the statewide voter registration system *(these are registered voters who were placed on the inactive list and who for two general election cycles thereafter  did not vote or try, did not request an absentee ballot, nor updated  their registration record)* |

_____     _____
Supervisor of Elections or designee (signature)                   Date

Please submit form no later than July 31 (for January through June activities) or no later than January 31 (for July through December activities) to: Chief, Bureau of Voter Registration Services, Florida Department of State/Division of Elections, R.A. Gray Building, 500 S. Bronough Street, Tallahassee, Florida 32399; 850/245-6290 (phone), 850/245-6291 (fax)

OS-DE #117 (rev. 07/2011)/R1S-2.041, F.A.C.