## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**ANDREA BELLITTO and**
**AMERICAN CIVIL RIGHTS UNION,** *in*
*its individual and corporate capacities*
          Plaintiffs**,**

          v.

**BRENDA SNIPES,** *in her official capacity*
*as the SUPERVISOR OF ELECTIONS of*
*BROWARD COUNTY, FLORIDA*
          Defendant.

**CASE NO.:** 0:16-CV-61474-BB

## [PROPOSED] ORDER ON MOTION TO DISMISS

THIS CAUSE, having come before the Court on Intervenor-Defendant's Motion to Dismiss Count I of the Amended Complaint for Failure to State a Claim upon which Relief May Be Granted ("Motion"), made pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the Motion, the response and all pleadings on file in this case, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Intervenor-Defendant's Motion to Dismiss Count I of the Amended Complaint for Failure to State a Claim upon which Relief May Be Granted is HEREBY GRANTED and Count I of Plaintiffs' Amended Complaint brought against Defendants is HEREBY DISMISSED with prejudice.

          SIGNED on _____, 2016.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record