Exhibit "A"

## DECLARATION OF JORGE L. NUÑEZ
## RE: COUNT II OF PLAINTIFF'S COMPLAINT

I, Jorge L. Nuñez, hereby declare as follows:

1. I am over the age of 18, and I make this declaration based on my personal knowledge.

2. I am currently employed as the Information Technology (IT) Director for the Broward County Supervisor of Elections' Office (SOE). In this role, I am responsible for network infrastructure operations, information systems management and reporting, technical vendor, administration, tabulation systems, and the information and tabulation technology team. I have been a member of the IT team in the Broward County SOE for more than 14 years.

3. I was the person responsible for producing the bulk of the documents and records on behalf of the Broward SOE. I have spent countless hours ensuring that the Plaintiff has all of the documents that have been requested. My deposition was never taken in this matter, however, I am the person with the most knowledge of the NCOA computer process as it relates to SOE office operations.

4. I have organized, compiled and provided thousands of documents for the Plaintiff since December 2016.

5. The Broward SOE, other staff and I have spent a great deal of time researching data in order to produce the documents requested by the Plaintiff. On more than one occasion, all SOE Office Directors were dispatched to the SOE warehouse to compile documents, such as hundreds of invoices, for copying. To my knowledge, the office has not yet billed for the time, special technology services and resources that were needed to produce the voluminous amount of records that have been provided. Such records include but are not limited to: Active Voter List – Part 1; Active Voter List – Part 2; Active Voter List – Part 3; Active Voter List – Part 4; Active Voter List – Part 5; Active Voter List – Part 6; Active Voter List

– Part 7; Notices sent to offsite printer; Commercial Printer Invoices; Ineligible Voters 2014 to 2016 NCOA Files sent to Commercial Printer; other notices sent to off-site printer; Voter ID Card Date File sent to all voters that are in Comma Delimited format; 2015 and 2016 VoteByMail Mailing Export and Redistricting Voter Information Card Export; General Mailings to All Voters; 2011 NCOA Export Files that were available; 2013 Export Files that were available; Inactive Voters as of 3/16/17 (Note: list is constantly changing); Additional Notices sent to Off-site Printer for 2013; Inactive Voters for 2013 – 2016; all inactive voter files available for 2012; List Maintenance reports used to complete certification forms for the State of Florida 7/1/13 to 12/31/13; 1/1/14 to 6/30/14; 7/1/15 to 12/31/15 and 7/1/16 to 12/31/16; Links to active voters by month and by year for website; Countless other documents have been provided, including but not limited to information regarding deceased voters, various email and list maintenance certifications.

6. On January 13, 2017 Plaintiff's counsel came to the SOE's Office for the purposes of a computer system inspection. I was available at that time and so was my staff to show or copy appropriate documents within the system. Plaintiff's counsel was more interested in communicating with the SOE about having their experts come into the SOE's office to study the computer system rather than inspecting and understanding the computer system.

7. Plaintiff complains that citizenship or immigration status for list maintenance has not been produced. However, such records are a part of the reports that have been provided and contained within reports provided within the VR System. It is my understanding that Plaintiff has declined to take my deposition in order to gain a better understanding of the computer process. Plaintiff's counsel did not ask about any computer processes during their January 13, 2017 inspection.

2

FURTHER AFFIANT SAYETH NAUGHT.

I, Jorge L. Nuñez, declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2017.

_____
Jorge L. Nuñez

Before me, the undersigned notary, on May 26, 2017, personally appeared Jorge L. Nuñez, I <u>personally know</u> or produced _____ as identification and who, being duly sworn, stated under penalty of perjury that the facts alleged in the foregoing affidavit are true and correct.

NOTARY PUBLIC

Signature: Andrea C. Perri

My Commission Expires:



ANDREA C. PERRI
Commission # EE 875003
Expires June 14, 2017
Bonded Thru Troy Fain Insurance 800-385-7019