Exhibit "B"

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Civil Action No. 16-cv-61474

AMERICAN CIVIL RIGHTS UNION,
in its individual and corporate capacities,

*Plaintiff,*

v.

BRENDA SNIPES, in her official capacity,
as the SUPERVISOR OF ELECTIONS
OF ELECTIONS of BROWARD
COUNTY, FLORIDA,

*Defendant.*

## DEFENDANT'S THIRD SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant, Brenda Snipes, in her official capacity as the Supervisor of Elections of Broward County, Florida, by and through counsel, disclose the following information:

A. Individuals with discoverable information: Pursuant to Rule 26(a)(I)(A)(i), the following individuals are likely to have information relevant to Plaintiffs' claims:

1. Brenda Snipes
   115 S. Andrews Ave.
   Room 102
   Fort Lauderdale, FL 33301
   (954) 357-7050
   (information pertaining to office hierarchy and department functions, and other matters).

2. Jorge Nunez
   115 S. Andrews Avenue Room 102
   Fort Lauderdale, FL 33301 (954) 357-7050(IT technical support pertaining to voter

      roll maintenance programs utilized by Defendant, implementation history, and other matters)

3. Charles Vasquez
   115 S. Andrews Ave.
   Room 102
   Fort Lauderdale, FL 33301
   (954) 357-7050
   (IT technical support pertaining to voter roll maintenance programs utilized by Defendant, implementation history, and other matters)

4. Mary Hall
   115 S. Andrews Ave.
   Room 102
   Fort Lauderdale, FL 33301
   (954) 357-7050
   (evidence regarding voter roll maintenance, voter services utilized by Defendant, implementation history, and other matters)

5. Sonia Vega Cahuasqui
   115 S. Andrews Ave.
   Room 102
   Fort Lauderdale, FL 33301
   (954) 357-7050
   (evidence regarding voter services utilized by Defendant, pertaining to felonies and mental incapacity, implementation history, and other matters)

6. Sharon Fleming
   115 S. Andrews Ave.
   Room 102
   Fort Lauderdale, FL 33301
   (954) 357-7050
   (evidence regarding voter services utilized by Defendant, pertaining to deceased persons, implementation history, and other matters)

7. Tiffany Washington
   115 S. Andrews Ave.
   Room 102
   Fort Lauderdale, FL 33301
   (954) 357-7050
   (evidence regarding voter services utilized by Defendant, pertaining to the mental illness and mental incapacity, implementation history, and other matters)

8. Latwanya Smith
   115 S. Andrews Ave.
   Room 102

       Fort Lauderdale, FL 33301
       (954) 357-7050
       (evidence regarding voter services utilized by Defendant, pertaining to the felonies and mental incapacity, implementation history, and other matters)

9    Wren Fowler   ***added 2/9/2017
     Voter Focus Product Manager
     2840 Remington Green Cir
     Tallahassee, FL 32308
     <u>850-668-2838</u>
     <u>wfowler@vrsystems.com</u>
     (evidence regarding the database process for generating notices to voters as part of list maintenance activities of Defendant)

10.    All individuals listed in Plaintiff's disclosures pursuant to F.R.C.P. 26.

11.    All individuals necessary to authenticate any evidence.

Defendant reserves the right to amend or supplement these disclosure, including as provided by Fed. R. Civ. P. 26(e). The following disclosures do not include persons whose testimony is likely to be used solely for impeachment, rebuttal, or expert witness testimony, who will be disclosed in accordance with the schedule set by the Court.

B. <u>Relevant documents</u>: Pursuant to Rule 26(a)(l)(A)(ii), the Defendant provides the following information:

    1.    Certification of Address List Maintenance Activities from 2014 to present

    2.    Certification of Eligibility Records Maintenance from 2014 to present.

    5.    Data from the Florida Secretary of State regarding total registration numbers.

C. <u>Damages/remedy</u>: Pursuant to Rule 26(a)(l)(A)(iii), if Defendant is the prevailing party, it will seek attorneys fees, costs and other relief as determined by the court. Documents in support will be provided at a later date.

D. <u>Insurance agreements</u>: Not applicable.

Plaintiffs reserve the right to supplement these disclosures as warranted by further discovery and required by F.R.C.P. 26(e).