

Exhibit "C"

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Civil Action No. 16-cv-61474

AMERICAN CIVIL RIGHTS UNION,
in its individual and corporate capacities,

*Plaintiff,*

v.

BRENDA SNIPES, in her official capacity,
as the SUPERVISOR OF ELECTIONS
OF ELECTIONS of BROWARD
COUNTY, FLORIDA,

*Defendant.*

## DEFENDANT'S THIRD SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant, Brenda Snipes, in her official capacity as the Supervisor of Elections of Broward County, Florida, by and through counsel, disclose the following information:

A. <u>Additional Individuals with discoverable information</u>: Pursuant to Rule 26(a)(l)(A)(i), the following individuals are likely to have information relevant to Plaintiffs' claims:

1. Wren Fowler
   Voter Focus Product Manager
   2840 Remington Green Cir
   Tallahassee, FL 32308
   850-668-2838
   wfowler@vrsystems.com

Summary of evidence from this witness will include:

The database process for generating notices to voters as a part of list maintenance activities and NVRA; evidence regarding how the list system performance and storage operates within the VR Systems; testimony regarding the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters within the VR Systems. Additional testimony will provide how lists of the names and addresses of all persons to whom confirmation mailings are preserved and the integrity thereof; and all other related information to that described above.

2. All prior and supplemental disclosures are hereby incorporated herein and Defendant reserves the right to amend in accordance with the schedule set by the Court.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic mail delivery on this 10th day of February 2017 to all counsel of record listed below on the Service List.

Respectfully submitted,

**For the Defendant:**

/s/ *Burnadette Norris-Weeks*
Burnadette Norris Weeks, Esq.
(Fla. 00949930)
Michelle Austin Pamies, Esq.
(Fla. 0088994)
BURNADETTE NORRIS-WEEKS, PA
401 Avenue of the Arts
Fort Lauderdale, FL 33311
Tel: (954) 768-9770
Fax: (954) 768-9790
Email: bnorris@bnwlegal.com;
maustin@apnwlaw.com;
paralegal@bnwlegal.com