Atkinson-Baker Court Reporters
www.depo.com

Exhibit "D"

```
 1      Q.   You didn't have recollection of an EAC portal
 2 where you're actually putting numbers into the computer for
 3 the EAC?
 4      A.   No.  That's done by George.
 5      Q.   Got it.  George Nunez?
 6      A.   Yes.
 7      Q.   But he's filling out a Tallahassee form --
 8      A.   Maybe I missed --
 9           MS. NORRIS WEEKS:  (Unintelligible, overlapping
10 speakers) let her respond.
11      Q.   (By Mr. Adams:)  Let's move on.  Where do you keep
12 your list maintenance written procedures or manuals for your
13 employees?
14      A.   We have procedures manuals.
15      Q.   I mean for the list maintenance specifically,
16 operation of the FVRS, when to do mailings, all of those
17 sorts of things.  There's written procedures?
18      A.   We get, yeah, we get calendars that's produced by
19 the division that tells us when to do certain things and
20 where, and then the procedures are contained with George
21 Nunez for the most part.
22      Q.   Okay.  When you say they're contained with George
23 Nunez, do you mean in his memory, or are they written down?
24      A.   He has a database.  He has manuals.
25      Q.   Okay.  Well, it's my understanding, and I'm asking
```

139

Dr. Brenda Snipes
January 26, 2017