Atkinson-Baker Court Reporters
www.depo.com



```
 1      A.    Well, it could be data that's coming from someone
 2   who's coming to the counter to change their address,
 3   register to vote, to remove themselves, to change their
 4   party.
 5      Q.    So the person receiving the data and entering it,
 6   they'd be sitting at a computer?
 7      A.    Correct.
 8      Q.    And they would pull it up and they can enter data
 9   directly into the system?
10      A.    Correct.
11      Q.    Who, where do you get the program, or who
12   maintains the program:  The voter registration database, the
13   VR database?
14      A.    That would be our IT director, George Nunez.
15      Q.    I think I'll come back to the database.  Have you
16   heard of the National Voter Registration Act of 1993?
17      A.    Yes.
18      Q.    Have heard of the Help America Vote Act of 2002?
19      A.    Yes.
20      Q.    Are you familiar with both of those acts?
21      A     Yes.
22      Q.    Have you read them?
23      A.    Yes.
24      Q.    So you would have been, you would have been
25   working in the supervisor's office, sorry.  Were you working
```

11

Mary Hall
January 27, 2017