# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**AMERICAN CIVIL RIGHTS UNION,** *in*
*its individual and corporate capacities*
Plaintiff,

v.

**BRENDA SNIPES,** *in her official capacity*
*as the SUPERVISOR OF ELECTIONS of*
*BROWARD COUNTY, FLORIDA*
Defendant.

**CASE NO.:** 0:16-CV-61474-BB

**EXPERT REPORT ON VOTER RECORDS IN BROWARD COUNTY, FLORIDA**

**BY DR. DANIEL A. SMITH**

I.      **Background and Qualifications**

I am Dr. Daniel A. Smith, Professor of Political Science and University of Florida

Research Professor (2010-2012).  I received my Ph.D. in Political Science from the University of

Wisconsin-Madison in 1994. For five academic years (2007-2011), I served as the Director of

UF's Political Campaigning Program, which offers a Master of Arts degree in political science

with a special emphasis on political campaigning and practical politics.  This past summer I

stepped down as the UF Department of Political Science Graduate Coordinator, overseeing the

M.A. and Ph.D. programs.  I am also President of ElectionSmith, Inc., a political consulting firm

based in Gainesville, FL, specializing in empirical research on electoral processes in the American states.

For more than two decades I have conducted research on electoral politics in the American states, focusing on the effect of political institutions on political behavior.  I have written extensively on electoral process in the American states, publishing more than 80 articles and book chapters, including many that have appeared in the discipline's top peer-reviewed journals, such as the *American Political Science Review*.  I have also published two academic books on politics in the American states, and I am the coauthor of a leading textbook, *State and Local Politics: Institutions and Reform*, 4th ed (2014).  I have taught graduate seminars on State Politics, American Political Parties, The Politics of Direct Democracy, The Politics of Campaign Finance, and The Politics of Reform, and I also regularly teach a large undergraduate survey course, State and Local Politics. Several of my courses have readings on voting and elections in the American states.  I am a former Senior Fulbright Scholar, and I have testified before the U.S. Senate and the Florida Legislature on voting and election issues in Florida. I have received numerous grants and awards for my work on campaigns and elections, including from the U.S. Department of State and the American Political Science Association.  I am past-President of the State Politics and Policy Section of the American Political Science Association.

I have served as an expert witness in numerous election-related litigation in several states, hired by both plaintiffs and defendants (including the State of Florida), most recently for the intervenors in *Florida Democratic Party v. Scott* (Case 4:16-cv-00626) and for plaintiffs in *Florida Democratic Party v. Detzner* (Case 4:16-cv-00607).  In 2010, I was the lead author of the "Direct Democracy Scholars" *amicus brief* in *Doe v. Reed*, which was successfully argued by the Attorney General of the state of Washington before the U.S. Supreme Court, and my

scholarship has been cited in an opinion by the U.S. Supreme Court. Finally, I have been quoted by hundreds of journalists over the past two decades on state politics, voting, and electoral processes, including in *The Economist*, *The New York Times*, *The Wall Street Journal*, *USA Today*, *The Washington Post*, *Politico*, *National Public Radio*, *Fox News*, *Voice of America*, the *Miami-Herald*, the *Tampa Bay Times*, the *Orlando Sentinel*, and the *Times-Union*.

My curriculum vitae (including a list of cases in which I have served as an expert witness) is provided in Appendix A.

I am being paid $350 an hour for work in this case, plus any related expenses.


## II.      Summary of Opinions Offered

I was instructed by counsel for the Defendant-Intervenor to assess some of the problems associated with efforts attempting to match voter registration records or otherwise identify allegedly ineligible voters and efforts estimating the percentage of eligible citizens who are registered to vote in a jurisdiction. In formulating my opinions in this report, I consulted documents provided to me as listed in Appendix B.  Specifically, I reviewed a series of spreadsheets, which I understand were sent to the Broward Supervisor of Elections, and are alleged to contain lists of voters who are ineligible to vote for various reasons, as well as email correspondence related to those spreadsheets.  In short, there are serious problems with Plaintiff or other spreadsheets authors' spreadsheets as well as their calculations of the registration rate in Broward County.  Since the underlying data and matching algorithms were not made available to me, it is impossible for me at this time to verify the accuracy or validity of the spreadsheets, but in my opinion, it is very likely that the Plaintiff or other spreadsheets authors' spreadsheets contain false positives and that the voter registration rate is inaccurate.

### III.    Problems with Matching Voter Registration Records

Efforts to match individuals across jurisdictions are often problematic. With any matching algorithm, there is a trade-off between coverage and precision. In their study of voter files, Professors Stephen Ansolobehere and Eitan Hersh (2012: 443) note, "If the priority is to avoid false positive matches, then in cases where the correct match is ambiguous, one can be cautious by not matching the record at all."[1]  Generating false positives—that is, making a determination that a given condition has been fulfilled when it actually has not been fulfilled—is a pitfall with any effort to match records across large databases, including county or state voter files.  For example, a false positive would be wrongly identifying a registered voter as ineligible to vote when in fact they are eligible to vote.  Efforts to match voter registration records across jurisdictions, either in-state or in-county or across states, are conditional upon the reliability of the underlying voter registration data as well as the matching algorithm(s) as applied to the voter registration files.[2]

I have not been provided by Counsel the matching algorithm(s) used by Plaintiff or other spreadsheets authors, nor any underlying data on which the matching technique may have been applied by Plaintiff or other spreadsheet authors. It is also my understanding that the matching algorithm(s) and underlying data have not been produced in this litigation and have not been provided to the Broward County Supervisor of Elections.  Instead, I have been supplied with

---

[1] Stephen Ansolobehere and Eitan Hersh, "Validation: What Big Data Reveal about Survey Misreporting and the Real Electorate," *Political Analysis* 20(2012): 437-59.

[2] One should take caution when drawing on the vote history records contained in the Florida statewide voter extract, and the Florida Division of Elections expressly cautions those utilizing its data. Indeed, the Division of Elections disclaimer is included in Plaintiff's "ACRU00165-00182 Document Production Request 3." It states: "The Division cannot warrant the content or accuracy of this unofficial voting history extract. The most accurate and current history resides with the supervisors of elections. Any discrepancies in this extract must be resolved in favor of the official voting records in the county where the voter actually voted."

several Excel spreadsheets and cover emails. These spreadsheets provide no information as to when they were created, from what database(s) they were generated, or how they were compiled. In other words, it is impossible for me to determine whether these spreadsheets are drawn from valid or reliable data without access to the underlying data, their provenance or accuracy, or the algorithm(s) that were used to generate them.  It is possible that the spreadsheets are the result of dated, obsolete, or asynchronized data. Even if the underlying data were obtained through public record requests, they may no longer available, reliable, or current.

For example, documents ACRU00184 and ACRU00186 are limited to just four columns, with the headers VID, LNAME, FNAME, BIRTH-DATE.  Apparently Plaintiff claims that these individuals have moved out of the community of Wynmoor, but it is impossible for me to ascertain whether these claims are accurate.  But absent the underlying data, I have no way of determining how the two lists (which are similar but not identical) were populated.  I have no way of determining what the information in the VID column refers to or its provenance.  On their face, because I do not have access to the underlying data or algorithms used to identify those named in the two spreadsheets, I am unable to determine the veracity of whether any of the named individuals have moved out of the community. In my opinion, it would be unreasonable for a Supervisor of Election to investigate, much less to take action on such lists.

In my opinion, in addition to not knowing the matching algorithm(s) employed, or how or when the supposed underlying data were obtained, any "matches" generated by Plaintiff or other spreadsheet authors likely contain false positives. That is, the spreadsheets very likely mistake one individual for another individual. This is likely the case for documents ACRU00183, ACRU00185, ACRU00188, and ACRU00191 that I have reviewed.  Without access to the underlying data or the algorithms that Plaintiff or other spreadsheet authors used to generate

these spreadsheets, it is impossible to determine whether an alleged voter who is registered in, say, Broward County, is the same individual who is registered to vote in another jurisdiction, say, the State of New York.  Given that I do not have access to the underlying data, including when they were created and accessed, or indeed, how individuals on the spreadsheets were ostensibly matched, it is impossible to determine if any "matches" are valid or if the spreadsheets are accurate or reliable.

More generally, when it comes to matching voter registration records across jurisdictions, false positives are not uncommon.  In any large database, such as voter files, there are undoubtedly different individuals who have the same first and last name, middle initials, and the same birthdate.  Although it remains unclear, from the headings of the spreadsheets, it appears this is the basic algorithm that Plaintiff and other spreadsheet authors have used—matching first and last names (as well as middle initials) and birthdates—to determine duplicate voter registrants. In any substantial pool of individuals, however, it is common to find two people who share the same name and date of birth; depending on the matching algorithm, an individual could easily be wrongly mistaken with another individual. As Professors Michael P. McDonald and Justin Levitt demonstrate, when comparing large databases (such as statewide voter files), it is quite common to find two different individuals sharing the same name and birthdate.  It would not be surprising, for example, when comparing voters' names and birthdays from large lists of registered voters to find pairs that are actually two different individuals.[3]

Examples of false positives abound in the state of Florida, a state with more than 13 million registered voters. For example, in 2012 when the Florida Secretary of State, Division of

---

[3] See Michael P. McDonald and Justin Levitt, "*Seeing Double Voting: An Extension of the Birthday Problem*," *Election Law Journal* 7(2008): 111-22.

Elections initially identified more than 180,000 individuals on the statewide voter rolls that it suspected were noncitizens, the Division of Elections subsequently narrowed this original list to 2,625 individuals that it suspected were noncitizens.  As it turned out, the Division of Elections' list contained thousands of false positives; registered voters the state identified as noncitizens were actually citizens who were indeed eligible to be registered.  My understanding is that one of the reasons for these false positives was that the matching done by the state was done across datasets that were not synchronized, that is, the snapshot of one dataset was taken at a different time than the snapshot of the other dataset.  There were also likely administrative errors that led to some of the false positives.  Such mistakes are all too common. Indeed, even Florida Governor Richard Lynn Scott was the victim of a false positive match. Governor Scott, born on December 1, 1952, was wrongly purged from the Collier County voter rolls in 2006 after being wrongly matched by an election administrator as being Richard E. Scott, who had indeed died.[4]

IV.     **Problems with using U.S. Census Data American Community Survey (ACS) and U.S. Election Assistance Commission (EAC) Election Administration and Voting Survey (EAVS) to Determine Eligible Voting Age Citizens**

Plaintiff also make claims about voter registration rates in Broward County. Using American Community Survey (ACS) data provided by the U.S. Census, Plaintiff allege that the total number of voters registered in Broward County exceeds the total number of living adults

---

[4] Marc Caputo, "Florida voters roll listed Gov. Rick Scott as dead in 2006," *Miami Herald*, June 15, 2012. Available at http://www.mcclatchydc.com/news/politics-government/article24731062.html.

eligible to vote in the county. Specifically, in "Interrogatory No. 13" in "ACRU Response to Def First Set of Interrogatories 20170131," Plaintiff claim:

> The 2010-2014 5-Year American Community Survey data set shows that there were 1,187,020 age-eligible citizens in Broward County. In response to the 2014 Election Administration and Voting Survey, Broward County reported that there were 1,198,616 persons registered and eligible to vote in its jurisdiction. Using this data, the registration rate in Broward County exceeds 100 percent.

In my opinion, there are issues with the both the numerator and the denominator Plaintiff uses when calculating the registration rate in Broward County.

For its numerator, Plaintiff draws on data reported by the Florida Division of Elections to the U.S. Election Assistance Commission (EAC) as part of its 2014 Election Administration and Voting Survey (EAVS). Plaintiff constructs its numerator from data provided in response to Question A1a of the 2014 EAVS, which reports the total number of active and inactive voters in Broward County. The EAVS also provides information about the number of active and inactive voters in each jurisdiction (Question A3a and Question A3b). According to the 2014 EAVS, Broward County had 1,071,305 active voters and 127,311 inactive registrants.[5] However, according to the Florida Division of Election's official Book Closing for October 6, 2014, Broward County reported that it had 1,067,083 active registered voters who were eligible to vote,

---

[5] The EAC's "2014 Election Administration and Voting Survey" Voting Survey Instrument is available here:
https://www.eac.gov/assets/1/Page/2014%20Election%20Administration%20and%20Voting%20SurveyFinal-2014-05-15.pdf.
The EAC's "2014 Election Administration & Voting Survey Report Tables" are available here:
https://www.eac.gov/assets/1/Page/2014_EAVS_Excel_Files1.zip.

some 4,222 less than reported in by the Florida Divisions of Elections.[6]  It is unclear why there is

a discrepancy between the State of Florida's official record of registered voters for the October 6,

2014 Book Closing, as reported by Broward County, and the registered voter data in the 2014

EAVS, but problems with data reported in the EAVS is not uncommon.[7]  What is common,

however, is that the Florida Division of Elections uses active voters when calculating voter

registration and turnout. In my opinion, the voter registration count from Florida's October Book

Closing are a snapshot in time, and it likely represents the high-water mark of voter registration

in a county in a calendar year. Typically, there is a surge of new voters immediately prior to the

state's 29-day registration cutoff before an election. In addition, local election administrators are

restricted under NVRA from removing voters immediately prior to a federal election. Both of

these factors lead to overstating the registration rate at the time of the state's Book Closing in

Broward County.

There are also concerns with the denominator Plaintiff uses—"age-eligible citizens"—to

calculate the percentage of eligible citizens in Broward County who are registered to vote.

---

[6] Florida Department of State, Division of Elections, "2014 General Election: Active Registered Voters by Party (Book Closing: October 6, 2014), October 18, 2014. Available: http://dos.myflorida.com/media/693898/gen2014_countyparty.pdf.
[7] Indeed, according to the EAC's "The 2014 EAC Election Administration and Voting Survey Comprehensive Report" (A Report to the 114th Congress), in the 2014 General Election, Alabama supposedly had 82.7% Citizen Voting Age Population turnout, which was 23.5 percentage points greater than turnout in the second-highest state, Maine. See Exhibit 1, p10. Available: https://www.eac.gov/assets/1/Page/2014_EAC_EAVS_Comprehensive_Report_508_Compliant.pdf.

Plaintiff use U.S. Census ACS data to calculate their denominator. Yet, the Census Bureau explicitly warns about using counts from its 5-year ACS estimates:

> While the main function of the decennial census is to provide *counts* of people for the purpose of congressional apportionment and legislative redistricting, the primary purpose of the ACS is to measure the changing social and economic *characteristics* of the U.S. population. As a result, the ACS does not provide official counts of the population in between censuses.[8]

Expressly ignoring the Census' warning, Plaintiff uses a count from the 2010-2014 5-Year American Community Survey of 1,187,020 age-eligible citizens in Broward County as their denominator to calculate the voter registration rate in Broward County. The purpose of ACS, however, is not to provide counts of the population of a jurisdiction. "Because ACS data are collected continuously," the Census Bureau warns, "they are not always comparable with data collected from the decennial census."[9] Data from the 2010-2014 ACS—which is a sample, not a census—include a range of uncertainty to take into consideration sampling error and nonsampling error. Using a 5-year average in a county like Broward, with a growing population, will likely understate the citizen voting age population in October 2014.

In addition, the 5-year ACS population figure is an estimate, with a significant error rate. Indeed, the U.S. Census states that confidence intervals should be used to "define a range expected to contain the *true* value of an estimate with the level of confidence of 90 percent."[10]

---

[8] U.S. Census Bureau, "A Compass for Understanding and Using American Community Survey Data," Washington, DC, 2008, p. 4. Available: https://www.census.gov/content/dam/Census/library/publications/2008/acs/ACSGeneralHandbook.pdf. (Emphasis in the original)
[9] Ibid.
[10] U.S. Census Bureau, "A Compass for Understanding and Using American Community Survey Data," Washington, DC, 2008, p. 10. Available:

There is no indication Plaintiff accounts for the ACS's margin of error—that is, lower- and upper-bound estimates—when using 2010-2014 ACS data for their denominator of "age-eligible citizens" in Broward County.  Finally, it is important to remember that the ACS yearly samples are spread over a calendar year, and that the information collected is "anchored to the day on which the sampled unit was interviewed," and more importantly, that the 5-year ACS estimates reflect the full 60-month period.[11] In short, the 2010-2014 ACS should not be used as a denominator to determine "age-eligible citizens," as it is actually an estimate from a 60-month period and likely severely underestimates the actual number of "age-eligible citizens" in Broward County in October 2014.

In my opinion, for these reasons alone, Plaintiff's numerator and denominator are misleading when used to calculate the registration rate of eligible citizens in Broward County.

---

https://www.census.gov/content/dam/Census/library/publications/2008/acs/ACSGeneralHandbook.pdf. (Emphasis in the original)
[11] Ibid, p. A-8.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:____10 February 2017 _____   _____ ___

                                        Daniel A. Smith, Ph.D.

*31 January 2017*

## DANIEL A. SMITH
### *Curriculum Vitae*

**Mailing Address**
Department of Political Science
234 Anderson Hall
PO Box 117325
University of Florida
Gainesville, FL  32611-7325

**Contact**
Office: 303 Anderson Hall
Phone: 352.273.2346
Fax: 352.392.8127
Email: electionsmith@gmail.com   dasmith@ufl.edu
Homepage: http://people.clas.ufl.edu/dasmith/
www.electionsmith.com

## EDUCATION
*University of Wisconsin-Madison*
> Ph.D., Political Science, 1994
> M.A., Political Science, 1989

*The Pennsylvania State University*
> B.A., Political Science (Foreign Affairs) & B.A., History (*cum laude*), 1988
>> University Scholars Program (University Honors)
>> *Phi Beta Kappa , Phi Alpha Theta*
>> Macro Economics Program, *Westminster College, Oxford University*, Summer, 1987

## ACADEMIC EMPLOYMENT
*University of Florida, Gainesville*
> Professor, Department of Political Science, 2010-
>> University of Florida Research Foundation Professor, 2010-2012
>> Graduate Coordinator, 2014-2016
>> Associate Chair, 2013-2014
>> Director, Graduate Program in Political Campaigning, 2007-2011
>> Affiliate Professor, Center for African Studies, 2010-
>> Affiliate Professor, The Bob Graham Center for Public Service, 2013-
>> Internship Coordinator, Department of Political Science, 2005-
> Associate Professor (with tenure), Department of Political Science, 2003-2010

*University of Denver*
> Associate Professor (with tenure), Department of Political Science, 2000-2003
> Assistant Professor, Department of Political Science, 1994-2000
> Director, *University of Denver/University of Ghana* Study Abroad Program, 1995-2002

*University of Ghana*
> Senior Fulbright Scholar, Department of Political Science, 2000-01

*West Virginia University*
> Visiting Assistant Professor, Department of Political Science, 1993-1994

*Beloit College*
> Visiting Lecturer, *Warner Mills Teaching Fellow*, Department of Government, 1992-1993

*University of Wisconsin-Madison*
> Teaching Assistant, Department of Political Science, 1988; 1990-1991
> Research Assistant, Center on Wisconsin Strategy, 1989-1991
> Project Assistant, Department of Political Science, 1989-1990

## RESEARCH FELLOWSHIPS
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, Fall 2011.
University of Florida Research Foundation (UFRF) Professor, 2010-2012.
Visiting Scholar, Bill Lane Center for the Study of the North American West, Stanford University, Spring 2007.
Senior Research Scholar, Ballot Initiative Strategy Center, Washington, D.C., Spring 2006.
Senior Fulbright Scholar (Ghana), United States Department of State, 2000-01.
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2000-01

## AREAS OF SPECIALIZATION
American State Politics
> Direct Democracy (Ballot Initiatives and Referendums)
> Voting and Elections (Political Campaigns, Campaign Finance, Voting Rights, Redistricting)
American Institutions (Political Parties and Interest Groups)
Politics of Ghana (Voting and Elections)

## COURSES TAUGHT

Intro to American Politics (Undergrad)             State and Local Government (Grad & Undergrad)
Interest Group Politics (Undergrad)                Political Parties (Grad & Undergrad)
Direct Democracy (Grad & Undergrad)                Politics of Campaign Finance (Grad & Undergrad)
Politics of Reform (Grad)                          Problems of Markets and Governments (Undergrad)

## SCHOLARLY PUBLICATIONS
### BOOKS

3) Todd Donovan, Daniel A. Smith, Tracy Osborne, and Christopher Z. Mooney. 2015. *State and Local Politics: Institutions and Reform*. 4th edition. Boston (MA): Cengage Learning Wadsworth.

2) Daniel A. Smith and Caroline J. Tolbert. 2004. *Educated by Initiative: The Effects of Direct Democracy on Citizens and Political Organizations in the American States.* Ann Arbor: University of Michigan Press.

1) Daniel A. Smith. 1998. *Tax Crusaders and the Politics of Direct Democracy.* NY: Routledge.

## JOURNAL ARTICLES

49) Brian Amos, Daniel A. Smith, and Casey Ste. Claire. 2016. "Reprecincting and Voting Behavior," *Political Behavior.* Available August 1, 2016 (SpringerLink). http://link.springer.com/article/10.1007/s11109-016-9350-z.

48) William D. Hicks, Seth C. McKee, and Daniel A. Smith. "A Bipartisan Election Reform? Explaining Support for Online Voter Registration in the American States," *American Politics Research* 44(6): 1008-1036.

47) Michael C. Herron and Daniel A. Smith. 2016. "Race, Shelby County, and the Voter Information Verification Act in North Carolina," *Florida State University Law Review* 43: 465-506.

46) William D. Hicks, Seth C. McKee, and Daniel A. Smith. 2016. "The Determinants of State Legislator Support for Restrictive Voter ID Laws," *State Politics & Policy Quarterly* 16(4): 411-431.

45) Michael C. Herron and Daniel A. Smith. 2016. "Precinct Resources and Voter Wait Times," *Electoral Studies* 42: 249–63.

44) Thessalia Merivaki and Daniel A. Smith. 2016. "Casting and Verifying Provisional Ballots in Florida," *Social Science Quarterly* 97: 729–47.

43) Michael C. Herron and Daniel A. Smith. 2015. "Precinct Closing Times in Florida during the 2012 General Election," *Election Law Journal* 14: 220-38.

42) William D. Hicks, Seth C. McKee, Mitchell Sellers, and Daniel A. Smith. 2015. "A Principle or a Strategy? Voter Identification Laws and Partisan Competition in the American States," *Political Research Quarterly* 68: 18-33.

41) Michael C. Herron and Daniel A. Smith. 2014. "Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election," *Political Research Quarterly* 67: 646-65.

40) Josh Brodbeck, Matthew T. Harrigan, and Daniel A. Smith. 2013. "Citizen and lobbyist access to Members of Congress: Who gets and who gives?" *Interest Groups and Advocacy* 2: 323-42.

39) Michael C. Herron and Daniel A. Smith. 2013. "House Bill 1355 and Voter Registration in Florida," *State Politics and Policy Quarterly*, 13: 279-305.

38) Michael C. Herron and Daniel A. Smith. 2012. "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," *Election Law Journal* 11: 331-47.
             [Winner of the 2013 APSA State Politics and Policy Section's *Best Paper Award*]

37) Janine Parry, Daniel A. Smith, and Shayne Henry. 2011. "*The Impact of Petition Signing on Voter Turnout," Political Behavior 34: 117-36.*

36) Stephanie Slade and Daniel A. Smith. 2011. "Obama to Blame? African American Surge Voters and the Ban on Same-Sex Marriage in Florida," *The Forum* 9(2), Article 6: http://www.bepress.com/forum/vol9/iss2/art6.

35) Daniel A. Smith. 2011. "Generating Scholarship from Public Service: Media Outreach, Nonprofit Foundation Service, and Legal Expert Consulting," *PS: Political Science & Politics* 44: 255-9.

34) Josh Huder, Jordan Ragusa, and Daniel A. Smith. 2011. "The Initiative to Shirk? The Effects of Ballot Measures on Congressional Voting Behavior," *American Politics Research* 39 (3): 582-610.

33) Daniel A. Smith, Caroline J. Tolbert, and Amanda Keller. 2010. "Electoral and Structural Losers and Support for a National Referendum in the U.S." *Electoral Studies* 29: 509-520.

32) Daniel A. Smith and Caroline J. Tolbert. 2010. "Direct Democracy, Public Opinion, and Candidate Choice," *Public Opinion Quarterly* 74: 85-108.

31) Caroline Tolbert, Daniel A. Smith, and John Green. 2009. "Mass Support for Redistricting Reform: District and Statewide Representational Winners and Losers." *Political Research Quarterly* 62: 92-109.

30) Todd Donovan, Caroline J. Tolbert, and Daniel A. Smith. 2009. "Political Engagement, Mobilization, and Direct Democracy," *Public Opinion Quarterly* 73: 98-118.

29) Daniel A. Smith. 2009. "An Americanist in Africa," *PS: Political Science & Politics* 42 (4): 827-33.

28) Beatrix Allah-Mensa, Kevin S. Fridy, Daniel A. Smith, and Ukoha Ukiwo. "2009 APSA Workshop on African Elections and Democracy," *PS: Political Science & Politics.* 42 (4): 827-33. [Editor of a Special Symposium on the 2009 APSA Workshop in Ghana].

27) Todd Donovan, Caroline Tolbert, and Daniel A. Smith. 2008. "Priming Presidential Votes by Direct Democracy," *Journal of Politics* 70: 1217-31.

26) Daniel A. Smith and Dustin Fridkin. 2008. "Delegating Direct Democracy: Interparty Legislative Competition and the Adoption of the Initiative in the American States," *American Political Science Review* 102: 333-50.

25) Eric Heberlig, Bruce Larson, Daniel A. Smith, and Kristen Soltis. 2008. "Look Who's Coming to Dinner: Direct versus Brokered Member Campaign Contributions to the NRCC." *American Politics Research* 36 433-450.

24) Daniel A. Smith and Caroline J. Tolbert. 2007. "The Instrumental and Educative Effects of Ballot Measures: Research on Direct Democracy in the American States." *State Politics and Policy Quarterly* 4: 417-446.

23) Daniel A. Smith. 2007. "Representation and the Spatial Bias of Direct Democracy," *University of Colorado Law Review* 78 (4): 1395-1434.

22) Daniel A. Smith and Caroline J. Tolbert, and Daniel Bowen. 2007. "The Educative Effects of Direct Democracy: A Research Primer for Legal Scholars," *University of Colorado Law Review* 78 (4): 1371-94.

21) Daniel A. Smith, Matthew DeSantis, and Jason Kassel. 2006. "Same-Sex Marriage Ballot Measures and the 2004 Presidential Election," *State and Local Government Review* 38 (2): 78-91.

20) Caroline J. Tolbert and Daniel A. Smith. 2006. "Representation and Direct Democracy in the United States." *Representation: The Journal of Representative Democracy* 42 (1): 25-44.

19) Elizabeth Garrett and Daniel A. Smith. 2005. "Veiled Political Actors and Campaign Disclosure Laws in Direct Democracy." *Election Law Journal* 4 (4) 295-328.

18) Caroline J. Tolbert and Daniel A. Smith. 2005. "The Educative Effects of Ballot Initiatives on Voter Turnout." *American Politics Research* 33 (2): 283-309.

17) Daniel A. Smith. 2004. "Peeling Away the Populist Rhetoric: Toward a Taxonomy of Anti-Tax Ballot Initiatives." *Journal of Public Budgeting and Finance* 24 (4): 88-110.

16) Daniel A. Smith. 2003. "Overturning Term Limits: The Legislature's Own Private Idaho?" *PS: Political Science & Politics* 36 (2): 215-220.

15) Caroline J. Tolbert, Ramona McNeal, and Daniel A. Smith. 2003. "Enhancing Civic Engagement: The Effect of Direct Democracy on Political Participation and Knowledge." *State Politics and Policy Quarterly* 3 (1): 23-41.

14) Daniel A. Smith. 2003. "Distorted by Outside Money: National Parties and the Race for Colorado's Seventh Congressional District," *PS: Political Science & Politics* 36 (3) PSOnline E-Symposium <http://journals.cambridge.org/action/displayAbstract?aid=164256>.

13) Daniel A. Smith and Joseph Lubinski. 2002. "Direct Democracy during the Progressive Era: A Crack in the Populist Veneer?" *Journal of Policy History* 14 (4): 349-83.

12) Jonathan Temin and Daniel A. Smith. 2002. "Media Matters: Evaluating the Role of the Media in Ghana's 2000 Elections." *African Affairs* 101: 585-605.

11) Daniel A. Smith. 2002. "Consolidating Democracy? The Structural Underpinnings of Ghana's 2000 Elections." *Journal of Modern African Studies* 40 (4): 1-30.

10) Daniel A. Smith. 2002. "Ghana's 2000 Elections: Consolidating Multi-Party Democracy." *Electoral Studies* 21 (3): 519-26.

9) Daniel A. Smith and Caroline Tolbert. 2001. "The Initiative to Party: Partisanship and Ballot Initiatives in California." *Party Politics* 7 (6): 781-99.

8) Caroline Tolbert, John Grummel, and Daniel A. Smith. 2001. "The Effect of Ballot Initiatives on Voter Turnout in the American States." *American Politics Research* 29 (6): 625-48.

7) Daniel A. Smith. 2001. "Homeward *Bound*? Micro-Level Legislative Responsiveness to Ballot Initiatives." *State Politics and Policy Quarterly* 1 (1): 50-61.

6) Daniel A. Smith and Robert J. Herrington. 2000. "The Process of Direct Democracy: Colorado's 1996 Parental Rights Amendment." *Social Science Journal* 37 (2): 179-94.

5) Daniel A. Smith. 1999. "Reevaluating the Causes of Proposition 13." *Social Science History* 23 (2): 173-210.

4) Daniel A. Smith and Nathaniel Golich. 1998. "Some Unintended Consequences of TABOR." *Comparative State Politics* 19 (6): 33-40.

3) Daniel A. Smith, Kevin M. Leyden, and Stephen A. Borrelli. 1998. "Predicting the Outcomes of Presidential Commissions: Evidence from the Johnson and Nixon Years," *Presidential Studies Quarterly* 28 (2): 269-85.

2) Daniel A. Smith. 1996. "Populist Entrepreneur: Douglas Bruce and the Tax and Government Limitation Moment in Colorado, 1986-1992," *Great Plains Research* 6 (2): 269-94.

1) Daniel A. Smith. 1993: "Removing the Pluralist Blinders: Labor-Management Councils and Industrial Policy in the American States," *Economic Development Quarterly* 7 (4): 373-89.

**BOOK CHAPTERS**

24) Michael C. Herron, Daniel A. Smith, Wendy Serra, and Joseph Bafumi, "Wait Times and Voter Confidence: A Study of the 2014 General Election in Miami-Dade County," in *The American Election 2014: Contexts and Consequences*, Tauna Sisco, Christopher Galdieri, and Jennifer Lucas, eds. Akron, OH: University of Akron Press (in press).

23) Joseph T. Eagleton and Daniel A. Smith. 2015. "Drawing the Line: Public Support for Amendments 5 and 6," in *Jigsaw Puzzle Politics in the Sunshine State*, Seth C. McKee, ed. Gainesville, FL: University Press of Florida (pp. 109-25).

22) Diana Forster and Daniel A. Smith. 2014. "A Climate for Change? Environmental Ballot Measures," in *U.S. Climate Change Policy and Civic Society*, Yael Wolinsky-Nahmias, ed. Washington, DC: C.Q. Press.

21) Daniel A. Smith. 2014. "Direct Democracy," in *The Encyclopedia of Political Thought*, Michael T. Gibbons, ed. Oxford: Wiley-Blackwell.

20) William Hicks and Daniel A. Smith. 2013. "State Campaigns and Elections," in *The Oxford Handbook of State and Local Government*, Donald Haider-Markel, ed. New York: Oxford University Press.

19) Daniel A. Smith. 2012. "Direct Democracy: Regulating the 'Will of the People,'" in Matthew J. Streb, ed., *Law and Election Politics: The Rules of the Game*, 2nd ed. New York: Routledge.

18) Daniel A. Smith. 2011. "Direct Democracy in Colorado: A Historical Perspective," in Courtenay Daum, Robert Duffy, and John Straayer, eds., *State of Change: Colorado Politics in the Twenty-first Century*. Boulder: University of Colorado Press.

17) Daniel A. Smith. 2010. "Direct Democracy and Candidate Elections," in Stephen C. Craig and David Hill, *The Electoral Challenge: Theory Meets Practice*, 2nd edition. Washington, DC: CQ Press.

16) Daniel A. Smith. 2010. "Financing Ballot Measures in the U.S.," in Karin Gilland-Lutz and Simon Hug, eds., *Financing Referendum Campaigns*. New York: Palgrave.

15) Daniel A. Smith. 2008. "Direct Democracy and Campaigns," in Shaun Bowler and Amihai Glazer, eds., *Direct Democracy's Impact on American Political Institutions*. New York: Palgrave.

14) Todd Donovan and Daniel A. Smith. 2008. "Identifying and Preventing Signature Fraud on Ballot Measure Petitions," in Michael Alvarez, Thad E. Hall, and Susan D. Hyde, eds., *Election Fraud: Detecting and Deterring Electoral Manipulation*. Washington, DC: Brookings.

13) Daniel A. Smith. 2008. "Direct Democracy and Election and Ethics Laws," in Bruce Cain, Todd Donovan, and Caroline Tolbert, eds, *Democracy in the States: Experiments in Elections Reform*. Washington, DC: Brookings.

12) Daniel A. Smith. 2007. "Ballot Initiatives," in Gary Anderson and Kathryn Herr, eds., *Encyclopedia of Activism and Social Justice*. Thousand Oaks, CA: Sage Publications, Inc.

11) Raymond J. La Raja, Susan E. Orr, and Daniel A. Smith. 2006. "Surviving BCRA: State Party Finance in 2004," in John Green and Daniel Coffey, eds., *The State of the Parties* (5th edition). Lanham, MD: Rowman and Littlefield.

10) Daniel A. Smith. 2006. "Initiatives and Referendums: The Effects of Direct Democracy on Candidate Elections," in Steven Craig, ed., *The Electoral Challenge: Theory Meets Practice*. Washington, D.C.: CQ Press.

9) Daniel A. Smith (with Sure Log). 2005. "Orange Crush: Mobilization of Bias, Ballot Initiatives, and the Politics of Professional Sports Stadia," in David McCuan and Stephen Stambough, eds., *Initiative-Centered Politics*. Durham, NC: Carolina Academic Press.

8) Daniel A. Smith. 2005. "The Initiative to Party: The Role of Parties in State Ballot Initiatives," in David McCuan and Stephen Stambough, eds., *Initiative-Centered Politics*. Durham, NC: Carolina Academic Press.

7) Daniel A. Smith. 2004. "Strings Attached: Outside Money in Colorado's Seventh Congressional District," in David Magleby and Quin Monson, eds., *The Last Hurrah?* Washington, D.C.: Brookings.

6) Daniel A. Smith. 2002. "Direct Democracy and Its Critics," in Peter Woolley and Albert Papa, eds., *American Politics: Core Argument/Current Controversy*. 2nd ed. Englewood Cliffs, NJ: Prentice Hall.

5) Daniel A. Smith. 2001. "Campaign Financing of Ballot Initiatives in the American States," in Larry Sabato, Bruce Larson, and Howard Ernst, eds., *Dangerous Democracy? The Battle Over Ballot Initiatives in America*. Lanham, MD: Rowman and Littlefield.

4) Daniel A. Smith. 2001. "Special Interests and Direct Democracy: An Historical Glance," in M. Dane Waters, ed., *The Battle Over Citizen Lawmaking*. Durham, NC: Carolina Academic Press.

3) Daniel A. Smith and Jonathan Temin. 2001. "The Media and Ghana's 2000 Elections," in Joseph Ayee, ed., *Deepening Democracy in Ghana: Politics of the 2000 Elections*, Volume 1 ("Thematic Studies"). Accra: Freedom Publications Ltd.

2) Daniel A. Smith. 2001. "The Politics of Upper East and the 2000 Ghanaian Elections," in Joseph Ayee, ed., *Deepening Democracy in Ghana: Politics of the 2000 Elections*, Volume 2 ("Constituency Studies"). Accra: Freedom Publications Ltd.

1) Daniel A. Smith. 1998. "Unmasking the Tax Crusaders," in Bruce Stinebrickner, ed., *Annual Editions: State & Local Government*. 9th ed. Guilford, CT: Dushkin/McGraw-Hill, 83-85 [Reprinted].

### TECHNICAL REPORTS & OTHER SCHOLARLY PUBLICATIONS

25) Michael C. Herron and Daniel A. Smith, "Congestion at the Polls: A Study of Florida Precincts in the 2012 General Election," A Report Commissioned by Advancement Project, Washington, DC, June 24, 2013. Available: http://www.advancementproject.org/news/entry/voters-of-color-faced-longest-wait-times-in-florida.

24) Michael C. Herron and Daniel A. Smith, "Florida's 2012 General Election under HB 1355: Early Voting, Provisional Ballots, and Absentee Ballots," League of Women Voters Florida, January 2013.

23) Daniel A. Smith, "The Re-demarcation and Reapportionment of Parliamentary Constituencies in Ghana," *Ghana Center for Democratic Development (CDD-GHANA)*, Vol. 10 (2): October, 2011. Available: http://www.cddghana.org/documents/Vol.%2010,%20No.%202.pdf

22) Daniel A. Smith. 2010. "Educative Effects of Direct Democracy: Evidence from the US States," Memorandum requested by the British House of Lords, Constitution Committee, January 4. Available: http://www.publications.parliament.uk/pa/ld200910/ldselect/ldconst/99/99we14.htm.

21) Daniel A. Smith. 2006. "Money Talks: Ballot Initiative Spending in 2004." *Ballot Initiative Strategy Center*, June. Available: http://ballot.org.

20) Daniel A. Smith. 2006. "Ballot Initiatives, Tax Issues," in Larry Sabato and Howard Ernst, eds., *Encyclopedia of American Political Parties and Elections*. New York: Facts on File.

19) Daniel A. Smith. 2004. "Direct Democracy," in David Wishart, ed., *Encyclopedia of the Great Plains*. Lincoln: University of Nebraska Press.

18) Daniel A. Smith and Caroline J. Tolbert. 2003 "Educated by Initiative," *Campaigns and Elections*, August, p. 31.

17) Elizabeth Garrett, and Daniel A. Smith. 2003. "Veiled Political Actors: The Real Threat to Campaign Disclosure Statutes" (July 22). USC Law and Public Policy Research Paper No. 03-13 <http://ssrn.com/abstract=424603>.

16) Daniel A. Smith. 2003. "Ballot Initiatives and the (Sub)Urban/Rural Divide in Colorado," in Daphne T. Greenwood, ed., *Colorado's Future: Meeting the Needs of a Changing State*. Colorado Springs: Center for Colorado Policy Studies.

15) Daniel A. Smith. 2003. "The Colorado 7th Congressional District," in David B. Magleby and Quin Monson, eds., *The Last Hurrah?* Provo, UT: Center for the Study of Elections and Democracy.

14) Stan Elofson, Daniel A. Smith, Jennifer Berg, and Joseph Lubinski. 2002. "A Listing of Statewide Initiated and Referred Ballot Proposals in Colorado, 1912-2001." Issue Brief No. 02-02. (March 5) *Colorado Legislative Council*, Colorado General Assembly, Denver. [Revised Edition].

13) Daniel A. Smith. 2001. "Howard Jarvis' Legacy? An Assessment of Antitax Initiatives in the American States." *State Tax Notes* 22: 10 (December): 753-764.

12) Daniel A. Smith. 2001. "The Structural Underpinnings of Ghana's December 2000 Elections." Critical Perspectives, No. 6. *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

11) Daniel A. Smith, Jonathan Temin, and Kwaku Nuamah. 2001. "Media Coverage of the 2000 Election: A Report on the Media Coverage of Election 2000 (May 2000-Janurary 2001)." Research Paper, No. 8. *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

10) Daniel A. Smith. 2000. "Election 2000: Debating the Issues?" Briefing Paper, Volume 2, Number 4, *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana.

9) Daniel A. Smith. 2000. "Growth and Transportation Ballot Measures in Colorado," in Floyd Ciruli, ed., *Moving Visions: Next Steps Toward Growing Smart*. Denver: Gates Family Foundation.

8) Stan Elofson, Daniel A. Smith, Jennifer Berg, and Joseph Lubinski. 2000. "A Listing of Statewide Initiated and Referred Ballot Proposals in Colorado, 1912-2000." Issue Brief No. 8. (December) *Colorado Legislative Council*, Colorado General Assembly, Denver. [updated 2002, 2004, 2006, 2008]

7) Daniel A. Smith. 2000. "Progressives and the Initiative Process: A Call to Arms." *Ballot Initiative Strategy Center (BISC)*.

6) Daniel A. Smith and Joseph Lubinski. 2000. "Sponsoring 'Counter-Majoritarian' Bills in Colorado." *Ag Journal*. (September): 12-13.

5) Daniel A. Smith. 1998. "Unmasking the Tax Crusaders." *State Government News*. 41:2 (March): 18-21.

4) Daniel A. Smith. 1997. "Howard Jarvis, Populist Entrepreneur," Working Paper, 97-8, Institute of Governmental Studies, *University of California - Berkeley*.

3) Daniel A. Smith. 1995. "The West Virginia Labor-Management Advisory Council," *The West Virginia Public Affairs Reporter*. 12:4 (Winter): 1-11.

2) Daniel A. Smith. 1992. "A Tale of Five Cities," *The La Follette Policy Report*. 5 (Fall): 18-21.

1) Daniel A. Smith. 1991. "Emerging Skill Needs in the Wisconsin Non-Automotive Engines Industry," Commissioned by the Wisconsin Board of Vocational, Technical, and Adult Education, Working Paper, *Center on Wisconsin Strategy*, University of Wisconsin-Madison.

## RESEARCH GRANTS, CONTRACTS, HONORS, AND AWARDS

Anderson Scholar Award, College of Liberal Arts and Sciences, University of Florida, Fall 2015.

University Scholars Program Grant (with Casey Ste. Claire), University of Florida, College of Liberal Arts & Sciences, "Reprecincting and Voter Turnout," Spring 2015.

University Scholars Program Grant (with Frances Chapman), University of Florida, College of Liberal Arts & Sciences, "Truing or Suppressing the Vote? Private Voter Challenges in Florida," Spring 2014.

Best Paper Award presented in 2012 by the APSA Organized Section on State Politics and Policy: "Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355," 2013 (with Michael Herron).

University Scholars Program Grant (with Bryce Freeman), University of Florida, College of Liberal Arts & Sciences, "*Impact of Voter Suppression on Political Participation*," Spring 2013.

The William and Flora Hewlett Foundation, "Popular Support and Conditions for the Passage of Ballot Measures," June 2013.

Advancement Project, "Congestion at the Polls: A Study of Florida Precincts in the 2012 General Election," June 2013 (with Michael Herron).

Co-Principal Investigator, "Trans-Saharan Professionals Program," United States Department of State, Bureau of Educational and Cultural Affairs, S-ECAPPE-10-GR-231 (DT), September 2010-August 2012.

University of Florida Research Foundation (UFRF) Professor, 2010-2012 (annual salary supplement and research funding).

Co-Principal Investigator, *American Political Science Association* Workshop on Elections and Democracy, University of Ghana at Legon, Ghana, Summer 2009, funded by Mellon Foundation.

Best Paper Award presented in 2006 by the APSA Organized Section on State Politics and Policy: "Do State-Level Ballot Measures Affect Presidential Elections?" (with Caroline Tolbert and Todd Donovan).

Research Grant, "Did Gay Marriage Re-Elect George W. Bush?" University of Florida, College of Liberal Arts & Sciences, Summer 2005.

University Scholars Program Grant (with Kirsten Soltis), University of Florida, College of Liberal Arts & Sciences, "Money and the Member: An Analysis of Fundraising in Congressional Politics in the Post-Campaign Finance Reform Era," Fall 2005.

Research Grant, "Mobilization Effects of Ballot Measures in Colorado, Florida, Ohio, and Nevada," Ballot Initiative Strategy Center, Fall 2004.

Research Grant, "Mobilization Effects of Gay Marriage Ban in Ohio," Ballot Initiative Strategy Center, Fall 2004.

Research and Travel Grant, *Pew Charitable Trusts*, "Veiled Political Actors," Daniel Lowenstein, Kim Alexander, Robert Stern, Tracy Western, and Joseph Doherty, Principle Investigators, Fall 2003.

Travel Grant, *College of Liberal Arts and Sciences*, University of Florida, "Initiative and Referendum Campaigns," Fall 2003.

Research Grant, *Pew Charitable Trusts*, "Outside Money: Colorado's 7th Congressional District," David Magleby, Principal Investigator, Fall 2002.

Faculty Research Fund, "Ballot Initiatives during the Progressive Era," *University of Denver*, Fall 2002.

Research Grant, *American Political Science Association*, "Ballot Initiatives during the Progressive Era: Evidence from California, 1912-1920," Summer 2002.

Research Grant, *Colorado Endowment for the Humanities*, "The 'Golden Era' of Direct Democracy? Colorado's Election of 1912," (R017-0300-010) (with Joseph Lubinski), Spring 2000.

Partners in Scholarship: 2000 Winter Quarter Project Proposal, "The 'Golden Era' of Direct Democracy? Evidence from the Colorado Election of 1912," *University of Denver*, with Joseph Lubinski).

Rosenberry Fund, "Direct Democracy in Colorado," *University of Denver*, Spring 1999.

Best Paper, Charles Redd Politics of the American West, "Howard Jarvis, Populist Entrepreneur: Reevaluating Causes of Proposition 13," *Western Political Science Association*, Los Angeles, March 20, 1998.

Faculty Research Fund, "Ballot Warriors: Citizen Initiatives in the 1990s," *University of Denver*, Fall 1997.

Partners in Scholarship: 1997 Winter Quarter Project Proposal, "The Process of Direct Democracy: Parental Rights Amendment," *University of Denver*, with Robert Herrington, Winter 1997.

Faculty Research Fund, "*Faux* Populism: Populist Entrepreneurs and Populist Moments," *University of Denver*, Fall 1996.

International Small Grants, "Election Monitor: Ghana Presidential and Parliamentary 1996 Elections," Office of Internationalization, *University of Denver*, Fall 1996.

Faculty Research Fund, "Populist Prophets and the Mass Appeal of Direct Democracy," Program Support Services, *University of Denver*, Spring 1995.

Research Grant, Institute for Public Affairs, *West Virginia University*, Summer 1994.

Senate Research Travel Grant, Faculty Development Fund, *West Virginia University*, Fall 1994.

Research Travel Grant, Robert LaFollette Institute of Public Affairs, *University of Wisconsin-Madison*, Fall 1992.

### *OUTSIDE ACTIVITIES: EXPERT WITNESS/POLITIAL CONSULTANT/INVITED TESTIMONY*
### *Domestic*

Expert (written affidavit), *Florida Democratic Party v. Scott*, Case 4:16-cv-00626 (US District Court for the Northern District of Florida) [Provided written expert report for intervenors (Mi Familia Vota Education Fund) to extend voter registration deadline in Florida], 2016.

Expert (written affidavit), *Florida Democratic Party v. Detzner*, Case 4:16-cv-00607 (US District Court for the Northern District of Florida) [Provided written empirical analysis for plaintiff on vote-by-mail ballots cast in Florida], 2016.

Expert (consultant), *Frank v. Walker*, Case 16-3003, 16-3052 (US Court of Appeals for the Seventh Circuit) [Provided written empirical analysis for plaintiffs (*ACLU*) on voter ID and turnout], 2015.

Expert (consultant), *Greater Birmingham Ministries v. Alabama*, Case 2:15-cv-02193-LSC (US District Court for the Northern District of Alabama, Southern Division) [Provided oral empirical analysis for plaintiffs (*NAACP LDEF*) on use of absentee ballots], 2015.

Expert (written affidavits), *NAACP, et al. v. Husted, et al.*, 2:14 CV 00404 (US District Court for the Southern District of Ohio) [Provided written empirical analysis for plaintiffs (*ACLU*) on early in-person absentee voting in Ohio], 2014.

Expert (written affidavit), *John Sullivan, et al. v. Marni Lin Sawiki, et al.*, 2013-CA-003122 (20th Judicial Circuit (Lee County, FL) [Provided written empirical analysis on early, absentee, and Election Day vote totals in the November 5, 2013 Cape Coral mayoral election], 2014.

Expert (written affidavits), *Gateway Retail Center, LLC v. City of Jacksonville, Florida*, 3:13-cv1040-J-TJC-JRK (US District Court for the Middle District of Florida) [Provided empirical analysis for Gateway Retail Center's attorneys of African American voting during early voting in Duval County in the 2012 General Election], 2013.

Expert (written affidavits), *Arcia, et al. v. Detzner*, 1:12-cv-22282-WJZ (US District Court for the Southern District of Florida) [Provided empirical analysis for Arcia's attorneys of the Florida Department of State's various lists of "potential non-citizens"], 2012.

Elections Analyst, WUFT (TV and Radio), Election Night Coverage, November 6, 2012.

Expert (written affidavit), *Brown v. Detzner 3:12-cv-00852* (US District Court for the Middle District of Florida) [Provided empirical analysis for Brown's attorneys of minority early voting in Duval County during the 2008 and 2010 general elections and the 2011 Jacksonville mayoral race], 2012.

Expert (written affidavits), *Romo v. Scott*, No. 2012-CA-000412 (Fla. Cir. Ct., Leon County). [Provided empirical analyses for Coalition's attorneys of new Congressional redistricting maps submitted and adopted by the Florida legislature as well as alternative maps submitted by the The League of Women Voters of Florida, the National Council of La Raza, and Common Cause Florida], 2012-14.

*Pro Bono* Consultant (written work product), *League of Women Voters of FL v. Browning*, N.D. Fla. (4:11-cv-00628). [Provided empirical analysis for LWV's attorneys (Brennan Center, New York University), assessing the impact of Florida's "third party organization" voter registration requirements], 2012.

*Pro Bono* Consultant (written work product), Hillsborough Hispanic Coalition, Tampa, Florida, 2012. [Provided empirical analysis of the likely racial/ethnic impact of the redistricting maps adopted by the Hillsborough County Commission, and provided alternative maps to be submitted by the Hillsborough Hispanic Coalition, in anticipation of federal litigation], 2012.

Consultant, "Mad As Hell: Howard Jarvis and the Birth of the Tax Revolt," Documentary Film by Jason Cohn, Bread and Butter Films [Advisor on antecedents of Prop. 13], 2011-16.

*Invited Testimony*, U.S. Senate, Judiciary Committee, Subcommittee on the Constitution, Civil Rights and Human Rights, "New State Voting Laws II: Protecting the Right to Vote in the Sunshine State," January 2012.

Expert (written affidavit), *Worley v. Detzner*, U.S. District Court, N.D. Fla (4:10-cv-00423-RH-WCS). [Provided expert opinion to Florida Secretary of State to help defend Election code provisions concerning the reporting, registration, and disclosure requirements applicable to political committees (ballot issues)], 2010.

Expert (written affidavit), *Citizens Against Slots v. PPE Casino*, 999 A.2nd 181 (2010) 415 Md. 117. [Provided empirical analysis of the validity rates of the signatures submitted by Citizens Against Slots for a county popular referendum], 2010.

Expert (written affidavit), *The Independence Institute, et. al. v. Bernie Buescher* 1:2010-cv-00609. (US 10th Circuit) [Provided empirical analysis for the Office of the Colorado Attorney General to defend Secretary of State's enforcement of public disclosure laws for ballot issue committees], 2010.

Lead Author, "Direct Democracy Scholars" Amicus Brief, *Doe v. Reed*, 132 S. Ct. 449. [Provided empirical evidence that public disclosure of signatures on ballot measures serves sufficiently important governmental interests in order to prevent fraudulent signature gathering activities, to limit the deceptive solicitation of signatures, and to provide information to voters about ballot measures], 2010.

Expert (written affidavit), *Dallman, et al.* v. *William Ritter and Rich L. Gonzales and Daniel Ritchie, et al* 09SA224 (Colorado Supreme Court) [Provided empirical for Ritter, Gonzales, and Ritchie of analysis of campaign financing of ballot measures], 2009-10.

Expert (written affidavit), *Sampson v. Buescher*, 08-1389, 08-1415 (US 10th Circuit) [Provided empirical analysis refuting claims of barriers to participation in ballot issue campaigns for Office of the Colorado Attorney General, defending Secretary of State's enforcement of disclosure laws], 2007-10.

Consultant, *Trust the Voters*, Tallahassee, 2006.

Consultant, *The Washington State Patrol Troopers Association* [Conducted empirical analysis for State Patrol Troopers of the validity of signatures collected on ballot issue campaign], 2006.

Expert (written affidavit), *The City of Winter Springs, FL v. Seminole County*, City of Winter Springs, 2004.

Expert (written affidavit), *California Pro-Life Council, Inc. v. Karen Getman, et al.* 328 F.3d 1088, 1101 (US 9th Cir) [Provided empirical analysis for the Office of the California Attorney General on veiled political actors in California ballot measure campaigns], 2004-05.

Expert (written affidavit), *Colorado Right to Life Committee, Inc. v. Donetta Davidson* 395 F.Supp.2d 1001 (US 10th Circuit) [Provided empirical analysis of broadcasted television and direct mail ads in Colorado between 1999-2003 for the Office of the Colorado Attorney General], 2004-05.

Invited Testimony, Ballot Initiative Reform, Florida Legislature, 2002; 2003-05.

Invited Testimony Witness, Ballot Initiative Reform, Colorado Legislature, 1999-2000.
Consultant, *Ad Hoc Committee to Defend Heath Care*, Denver, CO, 1998-2000.

**International**
Consultant, National Democratic Institute (NDI), Ghana, 2013.
Invited Written Testimony, *British House of Lords*, Constitution Committee (Direct Democracy), 2010.
Consultant, *Institute of International Education (IIE)*, New York, 2002-04.
Consultant, *Coalition of Domestic Elections Observers (CODEO)*, Accra, Ghana, 2000-01.
Consultant, *International Foundation for Election Systems (IFES)*, Washington, DC, 1999-2001.
Consultant, *International Student Exchange Program* (*ISEP*), Washington, DC, 1995-97.

**BOOK REVIEWS & REVIEW ESSAYS**
9) Daniel A. Smith. 2008. Review of Dorothy Holland, Donald M. Nonini, Catherine Lutz, Lesley Bartlett, Marla
   Frederick-McGlathery, Thaddeus C. Guldbradsen, and Enrique G. Murillo, Jr., Local Democracy Under Siege:
   Activism, Public Interests, and Private Politics, *Perspectives on Politics* 6: 386-86.
8) Daniel A. Smith. 2006. Review of Stephen Nicholson, Voting the Agenda: Candidates, Elections, and Ballot
   Propositions, *Political Science Quarterly* 120: 695-697.
7) Daniel A. Smith. 2005. Review of John Matsusaka, For the Many or the Few? The Initiative, Public Policy, and
   American Democracy, *Perspectives on Politics* 3: 646-47.
6) Daniel A. Smith. 2000. Review of Shaun Bowler and Todd Donovan, Demanding Choices: Opinion, Voting, and
   Direct Democracy, *Social Science Quarterly* 81: 1104-1106.
5) Daniel A. Smith. 1999. Review of Shaun Bowler, Todd Donovan, Caroline Tolbert, eds., Citizens as Legislators,
   *American Political Science Review* 93: 446-447.
4) Daniel A. Smith. 1998. Review of David Ryden, Representation in Crisis, *Politics and Policy* 26: 514-515.
3) Daniel A. Smith. 1998. Review of Grant Reeher and Joseph Cammarano, eds., Education for Citizenship, *H-Pol, H-
   Net.* (February).
2) Daniel A. Smith. 1997. Review Essay of William S. K. Reno, Corruption and State Politics in Sierra Leone, and Sahr
   John Kpundeh, Politics and Corruption in Africa, *Africa Today* 44: 362-365.
1) Daniel A. Smith. 1996. Review of Stephen Lowe, The Kid on the Sandlot: Congress and Professional Sports, 1910-
   1992, *Sport History Review* 27: 90-92.

**TEACHING GRANTS, HONORS, AND AWARDS**
Political Science Board of Advisors, "Outstanding Professor Award," *University of Florida*, Spring 2008.
Center for Teaching and Learning Technology Grant, "Introduction to American Politics: Web-Based Interactive
   Learning," *University of Denver*, Spring, 1997.
Faculty Appreciation Award, Learning Effectiveness Program, *University of Denver,* April 1997.
Curriculum Diversity Grant, "A Theater History: The Racial and Class Politics of US Drama from Colonization
   Forward," *University of Denver*, Winter, 1997.
CORE Development Grant, "Drama of Politics/Politics of Drama," *University of Denver*, Summer, 1996.
International Small Grants, "Summer Student Study Abroad Program: University of Ghana at Legon," Office of
   Internationalization, *University of Denver*, Spring, 1995.
International Small Grants, "Ghana Study Abroad Program," Office of Internationalization, *University of Denver*, Spring,
   1995.

**NEWSPAPER OP-EDS & LETTERS TO THE EDITOR**
Op-Ed, "Rejected Ballots in Florida," *Florida Voices*, November 4, 2012 (with Michael Herron).
Op-Ed, "High ballot rejection rates should worry Florida voters," *Tampa Bay Times*, October 28, 2012 (with Michael
   Herron).
Op-Ed, "Voters need to push back against corporate cash," *St. Petersburg Times*, July 13, 2010.
Op-Ed, "A chance for Floridians to redraw rigged districts," *St. Petersburg Times*, November 25, 2009.
Op-Ed, "Lawmakers don't trust voters with the constitution," *Gainesville Sun*, October 21, 2006.
Op-Ed, "Jeb Bush's secret-squirrel hunt? Rocky, that's just a bunch of Bullwinkle," *Orlando Sentinel*, February 23, 2006.
Op-Ed, "Colorado: Independent of Whom?" Ballot Initiative Strategy Center, *Ballot Blog*, August 29, 2005.
Op-Ed, "Stop Political Fund-Raising Arm," *Gainesville Sun*, April 25, 2004 (with Nicole M. James).
Op-Ed, "Committees Hold the Secret to Campaign Financing," *St. Petersburg Times*, April 10, 2004 (with Nicole M.
   James).
Letter, "Reform Ballot Initiative and Preserve the People's Power," *Miami Herald*, February 29, 2004.
Op-Ed, "No: The Rich Have Taken Over," *Denver Post*, December 1, 2002.
Op-Ed, "The Millionaire's Club: Why Leave Ballot Initiatives to the Rich?" *Denver Post*, August 18, 2002 .
Op-Ed, "The Political Consequence of 'Praying for Peace,'" *The Crusading Guide* [Accra, Ghana], 12-18 October, 2000.
Letter, "Book's [*Democracy Derailed* by David Broder] premise is problematic," *Denver Post*, May 28, 2000.

Letter, "Initiative process ignores rural voices," *Denver Rocky Mountain News*, March 15, 2000.
Op-Ed, "Progressives need to show initiative on ballot signatures," *Denver Post*, January 13, 2000.
Op-Ed, "Colorado should put campaign finance data on the Internet," *Denver Post*, November 4, 1998 (with Richard Braunstein).
Letter, "Follow the Money," *Washington Post*, October 12, 1998.
Op-Ed, "Voters behind rule," *Denver Post*, June 21, 1998.
Op-Ed, "Founders crafted safeguards against popular excesses," *Denver Post*, May 21, 1995.

## CONFERENCE PAPER PRESENTATIONS

"Timing the Habit: Voter Registration and Turnout in the American States," American Political Science Association, Philadelphia, September 1-4, 2016 (with Enrijeta Shino).
"Revisiting Majority-Minority Districts and Black Representation," American Political Science Association, Philadelphia, September 1-4, 2016 (with Seth C. McKee, William D. Hicks; Carl E. Klaner).
"Defending Democracy: How Political Scientists Are Engaging in the Fight over Voting Rights (and Why You and Your Dept. Should too)," APSA Roundtable with Theda Skocpol, Presented by the Scholars Strategy Network, American Political Science Association, Philadelphia, September 1-4, 2016.
"Timing the Habit: Voter Registration and Turnout in the American States," State Politics and Policy Conference, University of Texas at Dallas, May 19-21, 2016 (with Enrijeta Shino).
"Revisiting Majority-Minority Districts and Descriptive Representation," State Politics and Policy Conference, University of Texas at Dallas, May 19-21, 2016 (with Seth C. McKee, William D. Hicks; Carl E. Klarner).
"Purging Participation? Eligibility Challenges, Psychological Reactance, and the Decision to Vote," Midwest Political Science Association annual meetings, April 7-10, 2016, Chicago (with Daniel Biggers and Bryce Freeman).
"Missing Black Men and Representation in American Political Institutions," Midwest Political Science Association annual meetings, April 7-10, 2016, Chicago (with David Cottrell, Michael Herron, and Javier Rodriguez).
"Early Voting Effects on Pre-Election Poll Estimates," Southern Political Science Association, January 7-10, 2016, San Juan, Puerto Rico (with Michael P. McDonald, Michael D. Martinez, and Chris McCarty).
"Your Ballot's in the Mail: The Effects of Unsolicited Absentee Ballots," American Political Science Association, San Francisco, September 1-4, 2015 (with Michael Martinez)
"A Reassessment of the Turnout Effects in of Election Reforms in the United States," American Political Science Association, San Francisco, September 1-4, 2015 (with Michael P. McDonald and Enrijeta Shino).
"Reprecincting and Voting Behavior," American Political Science Association, San Francisco, September 1-4, 2015 (with Brian Amos and Casey Ste. Claire)
"Looks Can Be Deceiving: Explaining Support for Online Voter Registration in the American States," State Politics and Policy Conference, California State University, Sacramento, May 28-30, 2015 (with William Hicks and Seth McKee).
"Public Opinion on Statewide Ballot Measures," State Politics and Policy Conference, California State University, Sacramento, May 28-30, 2015 (with Diana Forster).
"Early Voting Effects on Pre-Election Poll Estimates," American Association for Public Opinion Research Annual Conference, May 14-17, 2015, Hollywood, Florida (with Michael P. McDonald, Michael D. Martinez, and Chris McCarty).
"Dumbing Down the Electorate? Assessing the Political Knowledge of Early Voters," Midwest Political Science Association annual meetings, April 15-19, 2015, Chicago (with Enrijeta Shino).
"Race, Shelby County, and the Voter Information Verification Act in North Carolina," American Political Science Association, Washington, DC, August 27-31, 2014 (with Michael C. Herron).
"Who Signs? Ballot Petition Signatures as Political Participation," American Political Science Association, Washington, DC, August 27-31, 2014 (with Diana Forster and Brian Amos).
"Race, Shelby County, and the Voter Information Verification Act in North Carolina," State Politics and Policy Conference, Indiana University, Bloomington, IN, May 15-17, 2014 (with Michael C. Herron).
"The Effects of Spatial Proximity on Voting," State Politics and Policy Conference, Indiana University, Bloomington, IN, May 15-17, 2014 (with Kenton Ngo).
"Race, Shelby County, and the Voter Information Verification Act in North Carolina," Midwest Political Science Association Conference, Chicago, April 3-6, 2014 (with Michael C. Herron).
"Beyond Regulatory Interpretation: The Demand and Supply of Provisional Ballots in Florida," Symposium on Regulation in the U.S. States, DeVoe Center, Florida State University, Tallahassee, February 21, 2014 (with Lia Merivaki).
"Evolution of an Issue: Voter ID Laws in the American States," American Political Science Association Conference, Chicago, August 28-September 2, 2013 (with Seth McKee, William Hicks, and Mitch Sellers).
"Closing the Door on Democracy": Early Voting and Participation in Florida," American Political Science Association Conference, Chicago, August 28-September 2, 2013 (with Michael Herron).

"Evolution of an Issue: Voter ID Laws in the American States," State Politics and Policy Quarterly 13th annual conference, University of Iowa, Iowa City, IA, May 23-25, 2013 (with Seth McKee, William Hicks, and Mitch Sellers).

"Early Voting in Florida in the Aftermath of House Bill 1355," State Politics and Policy Quarterly 13th annual conference, University of Iowa, Iowa City, IA, May 23-25, 2013 (with Michael Herron).

"Racial Disparities in Provisional Ballot Rejection Rates," Midwest Political Science Association Conference, Chicago, April 11-14, 2013 (with Michael Herron).

"Who Registers? The Differential Impact of Florida's House Bill 1355 on Voter Registration," American Political Science Association Conference, New Orleans, August 30-September 2, 2012 (with Michael Herron).

"The Effect of Polling Locations Upon Vote Choice: A Natural Experiment," Southern Political Science Association Conference, Orlando, January 3-5, 2013 (with Charles Dahan).

"Casting and Verifying Provisional Ballots in Florida," Southern Political Science Association Conference, Orlando, January 3-5, 2013 (with Lia Merivaki).

"Who Registers? The Differential Impact of Florida's House Bill 1355 on Voter Registration," American Political Science Association Conference, New Orleans, August 30-September 2, 2012 (with Michael Herron).

"The Participatory Impact of Truncating Early Voting in Florida," State Politics and Policy Quarterly 12th annual conference, Rice University, Houston, TX, February 16 – February 18, 2012 (with Michael Herron).

"Engaging Potential Voters? The Collection of Valid Signatures on Ballot Petitions," State Politics and Policy Quarterly 11th annual conference, Dartmouth University, June 4-6, 2011 (with Diana Forster).

"Pledging Democracy: Congressional Support for a National Advisory Initiative and Referendum," Southern Political Science Association, January 5-8, 2011, New Orleans (presented by Matthew Harrigan).

"We Know What You Did Last Summer: The Impact of Petition Signing on Voter Turnout," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010 (with Janine Parry and Shayne Henry).

"Reassessing Direct Democracy and Civic Engagement: A Panel Study of the 2008 Election," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010 (with Caroline J. Tolbert and Amanda Frost).

"Generating Scholarship from Public Service: Media Work, Nonprofit Foundation Service, and Legal Expert Consulting," State Politics and Policy Quarterly 10th annual conference, University of Illinois, Springfield, June 5-6, 2010.

"Obama to Blame: Minority Surge Voters and the Ban on Same-Sex Marriage in Florida," American Political Science Association Conference, Toronto, September 2-5, 2009 (with Stephanie Slade).

"State Context and Support for a National Referendum in the U.S." State Politics and Policy Quarterly 9th annual conference, UNC Chapel Hill/Duke University, May 22-23, 2009 (with Caroline J. Tolbert and .Amanda Frost).

"Direct Democracy, Opinion Formation, and Candidate Choice," American Political Science Association Conference, Boston, August 2008 (with Caroline J. Tolbert).

"The Legislative Regulation of the Initiative," State Politics and Policy Quarterly 8th annual conference, Temple University, Philadelphia, PA, May 30-31, 2008.

"The Initiative to Shirk? The Effects of Ballot Measures on Congressional Voting Behavior," State Politics and Policy Quarterly 8th annual conference, Temple University, Philadelphia, PA, May 30-31, 2008 (with Josh Huder and Jordan Ragusa).

"Participatory-Based Trust? Political Trust and Direct Democracy," American Political Science Association Conference, Chicago, August 2007 (with Caroline J. Tolbert and Daniel Bowen).

"Giving Power to the People: The Adoption of Direct Democracy in the American States," Western Political Science Association Conference, Las Vegas, NV, March 7-9, 2007 (with Dustin Fridkin)

"Mass Support for Redistricting Reform: District and Statewide Representational Winners and Losers," State Politics and Policy Quarterly 7th annual conference, Austin, TX, February 22-24, 2007 (with Caroline J. Tolbert and John C. Green).

"Mass Support for Redistricting Reform: Partisanship and Representational Winners and Losers," American Political Science Association Conference, Philadelphia, August 2006 (with Caroline J. Tolbert and John C. Green).

"Gaming the System: The Effect of BCRA on State Party Finance Activities." *The State of the Parties: 2004 & Beyond*. Ray C. Bliss Institute for Applied Politics, Akron, OH, October 2005 (with Susan Orr).

"Do State-Level Ballot Measures Affect Presidential Elections?" *American Political Science Association Conference*, Washington, D.C., September 1-4, 2005 (with Caroline Tolbert and Todd Donovan).

"Did Gay Marriage Elect George W. Bush?" *Fifth Annual Conference on State Politics and Policy*, Michigan State University, East Lansing, MI, May 13-14, 2005 (with Todd Donovan, Caroline Tolbert, and Janine Parry).

"Was Rove Right? Evangelicals and the Impact of Gay Marriage in the 2004 Election." *Fifth Annual Conference on State Politics and Policy*, Michigan State University, East Lansing, MI, May 13-14, 2005 (with Matt DeSantis and Jason Kassel).

"Partisanship, Direct Democracy, and Candidate Choice," *Midwest Political Science Association Conference*, Chicago, IL, April 7-10, 2005 (with Caroline Tolbert and Todd Donovan).

"Did Gay Marriage Elect the President? Mobilizing Effects of Ballot Measures in the 2004 Election," *Western Political Science Association Conference*, Oakland, CA, March 17-19, 2005 (with Todd Donovan and Caroline Tolbert).

"Initiatives and Referendums: The Effects of Direct Democracy on Candidate Elections," Conference on *What We Know and Don't Know about Campaigns and Elections, Graduate Program in Political Campaigning,* University of Florida, Gainesville, FL, February 24-5, 2005.

"Was Rove Right? The Partisan Wedge and Turnout Effects of Issue 1, Ohio's 2004 Ballot Initiative to Ban Gay Marriage," *University of California Center for the Study of Democracy/USC-Caltech Center for the Study of Law and Politics/Initiative and Referendum Institute Conference,* Newport Beach, CA, January 14-15, 2005.

"The Educative Effects of Direct Democracy on Voter Turnout," *American Political Science Association Conference*, Chicago, IL, September 1-5, 2004 (with Caroline Tolbert).

"Turning On and Turning Out: Assessing the Indirect Effects of Ballot Measures on Voter Participation," *Fourth Annual Conference on State Politics and Policy*, Kent State University, Kent, OH, April 30-May 2, 2004 (with Todd Donovan).

"Veiled Political Actors:  The Real Threat to Campaign Finance Disclosure Statutes?" *Midwest Political Science Association Conference*, Chicago, April 14-18, 2004 (with Elizabeth Garrett).

"Elephants, Umbrellas, and Quarrelling Cocks:  Disaggregating Party Identification in Ghana's Fourth Republic," *Western Political Science Association Conference*, Portland, OR, March 11-13, 2004 (with Kevin Fridy).

"Gaming the System: State Party Finance Activities in Colorado and Florida," Southern Political Science Association Conference, New Orleans, January 7-10, 2004.

"The Educative Effects of Direct Democracy: Ballot Campaigns and Civic Engagement in the American States," Societa Italiana di Studi Elettorali (SISE) VIIIth International Conference on Electoral Campaigns (Initiative and Referendum),Venice, Italy, December 18-20, 2003.

"In the Wake of Prop. 13," *American Political Science Association Conference*, Philadelphia, PA, August 27-31, 2003.

"Soft Money and Issue Advocacy in the 2002 Colorado 7ᵗʰ Congressional District Election," *Western Political Science Association Conference*, Denver, CO, March 26-30, 2003.

"Educated by Initiative: Direct Democracy and Civic Engagement in the American States," *Third Annual Conference on State Politics and Policy*, University of Arizona, Tucson, AZ, March 14-15, 2003 (with Caroline Tolbert).

"Ballot Initiatives and the (Sub)Urban/Rural Divide in Colorado," *Colorado's Future: How Can We Meet the Needs of a Changing State?* University of Colorado at Colorado Springs, September 27, 2002.

"Representation and the Spatial Dimension of Direct Democracy," *American Political Science Association Conference*, Boston, MA, August 29-September 1, 2002.

"Representation and the Spatial Bias of Direct Democracy," *Second Annual Conference on State Politics and Policy,*" University of Wisconsin-Milwaukee, Milwaukee, WI, May 24-25, 2002.

"Minority Rights and the Spatial Bias of Direct Democracy," *Southwestern Political Science Association Conference*, New Orleans, LA, March 27-30, 2002.

"Representation and the Urban Bias of Direct Democracy," *Western Political Science Association Conference*, Long Beach, CA, March 21-24 2002.

"Ghost Busters: The Structural Underpinnings and Politics of Ghana's 2000 Elections," *African Studies Association Conference*, Houston, TX, November 15-18, 2001.

"The Effect of Ballot Initiatives on Voter Turnout," *American Political Science Association Conference*, Washington, DC, August 31-September 3, 2000 (with Caroline Tolbert and John Grummel).

"Campaign Finance of Ballot Initiatives," *National Direct Democracy Conference*, University of Virginia's Center for Governmental Studies, Charlottesville, VA, June 8-9, 2000.

"Meet the Authors Roundtable: Recent Books on Direct Democracy in the States," *Midwest Political Science Association Conference*, Chicago, April 27-30, 2000.

"Counter-Majoritarian Bills and Legislative Response of State Ballot Initiatives," *Western Political Science Association Conference*, San Jose, March 24-26, 2000.

"The Gun Behind the Door Fires Blanks," *Pacific Northwest Political Science Association Conference*, Eugene, OR, October 14-16, 1999.

"Orange Crush: Mobilization of Bias, Ballot Initiatives, and the Politics of Professional Sports Stadia," *American Political Science Association Conference*, Atlanta, September 2-5, 1999 (with Sure Log).

"Direct Democracy in Colorado: Limited Information, Tough Choices," A Century of Citizen Lawmaking: Initiative and Referendum in America, *Initiative and Referendum Institute*, Washington, D.C., May 6-8, 1999.

"The Initiative to Party: The Role of Political Parties in State Ballot Measures," *Western Political Science Association Conference*, Seattle, March 25-28, 1999.

"Direct Democracy in the Late 20th Century: The Legacy(ies) of Prop. 13," Roundtable, *American Political Science Association Conference*, Boston, September 3-6, 1998.

"The Legacy of Howard Jarvis and Proposition 13? Tax Limitation Initiatives in 1996," *Western Political Science Association Conference*, Los Angeles, March 19-21, 1998.

"Special Interests and the Initiative Process in Colorado: The Case of the Parental Rights Amendment" (with Robert Herrington), Poster Session, *American Political Science Association Conference*, Washington, D.C., August 28-31, 1997.

"Howard Jarvis, Populist Entrepreneur: Reevaluating Causes of Proposition 13," *Western Political Science Association Conference*, Tucson, March 13-15, 1997.

"Guided Immersion: A Non-Traditional Study Abroad Program at the University of Ghana at Legon," *Midwest Political Science Association Conference*, Chicago, April 10-12, 1997.

"Exploring the Political Dimension of Privatization: A Tale of Two Cities" (with Kevin Leyden), *Midwest Political Science Association Conference*, Chicago, April 18-20, 1996.

"Populist Entrepreneur: Douglas Bruce and the Tax Limitation Movement in Colorado," *20th Annual Interdisciplinary Symposium of the Politics and Culture of the Great Plains*, Lincoln, April 11-13, 1996.

"*Faux* Populism: Douglas Bruce and the Anti-Tax *Moment* in Colorado, 1986-1992," *Western Political Science Association Conference*, San Francisco, March 14-16, 1996.

"Insular Democracy: Advisory Councils and Task Forces in the American States," *Western Political Science Association Conference* , Portland, March 1995.

"Supporting Labor-Management Initiatives at the State Level: The Case of the West Virginia Labor-Management Advisory Council," *Southern Industrial Relations and Human Resource Conference*, Morgantown, WV, October 1994.

"State Autonomy, Capacity, and Coherence: Labor-Management Councils in the American States," *Western Political Science Association Conference*, Albuquerque, March 1994.

"Removing the Pluralist Blinders: Labor-Management Councils and Industrial Policy in the American States," *American Political Science Association Conference*, Chicago, September 1992.

"You Can't Live with Them...The Emerging Role of Organized Labor in Industrial Policy in the American States," *Midwest Political Science Association Conference*, Chicago, April 1992.

"It Can Happen Here: Apprenticeship, Workplace-based Learning, and the Affirmative Role of Unions" (with Eric Parker), *Southwestern Political Science Association Conference*, Austin, TX, March 1992.

"The Affirmative Role of U.S. Unions in Restructuring" (with Eric Parker), *American Sociological Association Conference*, Indianapolis, IN, August 1991.

"Economic Development Strategy and the Problem of Skills: The Case of Wisconsin's Advanced Metalworking Sector" (with Eric Parker), *American Society for Public Administration Conference*, Cleveland, OH, October 1990.

## *INVITED TALKS AND OTHER PROFESSIONAL PRESENTATIONS*

Invited Talk, "Explaining Trump's Win in Florida: 10 Election Myths and Realities," Graham Center, University of Florida, Gainesville, Florida, November 14, 2016.

Invited Response, Michael Kang (Emory School of Law) "Law and Politics of Judging Election Cases," University of Florida School of Law, Gainesville, Florida, November 4, 2016.

Invited Talk, "Patterns of Political Participation in Florida," Women, Race, and the U.S. Presidency, The Center for The Study of Race and Race Relations & The Center for Gender, Sexualities, and Women's Studies Research, University of Florida, Gainesville, October 13, 2016.

Invited Talk, "The Structural Pathologies of the American Electoral System," US Fulbright Association (UF International Center), Gainesville, September 27, 2016.

Invited Talk, "Registered Voters and Turnout in Alachua County," Gainesville Area Chamber of Commerce's Leadership Gainesville 43 Government and Policy Day, September 8, 2016.

Invited Talk, "The Politics of Voter Suppression in Florida," Santa Fe College, American Democracy Project, February 9, 2016.

Invited Talk, "The Contributions and Conundrums of Technology: EAVS Data Reporting Consistency," at The Evolution of Election Administration since the VRA, Auburn University, September 15, 2015 (with Lia Merivaki).

Invited Talk, "2014 Election Wrap-Up," Graham Center, University of Florida, Gainesville, Florida, November 6, 2014.

Roundtable Participant, "I Am A Millennial: The Importance of the Youth and Minority Vote," Graham Center, University of Florida, October 23, 2014.

Invited Talk, "Voting Rights in North Carolina," Emory University, Atlanta, April 8, 2014.

Keynote Speaker, "Anticipating 2014: The State of Voting Rights in Florida," Gainesville Labor Council, Gainesville, Florida, December 9, 2013.

Invited Talk, "Design Fail: The Attack on Voting Rights in Florida," University of Florida Retired Faculty, Harn Museum, University of Florida, February 22, 2013.

Keynote Speaker, "The Attack on Voting Rights in Florida," Gainesville Labor Council, Gainesville, Florida, December 10, 2012.

"Moved by the Spirit? Atmospherics and Ballot Measure Vote Choice," Initiatives and Referendums in the Elections of 2012, University of Southern California, November 16, 2012 (with Charles Dahan).

Invited Talk, "Design #Fail: Voting Rights in Florida," Graham Center's Election Wrap Up: Decision 2012, University of Florida, Gainesville, Florida, November 13, 2012.

Invited Talk, "Consolidating Representation in Ghana? Parliamentary Malapportionment and Rejected Ballots," *Stability Amidst Chaos: Reflections on Two Decades of Ghanaian Democracy*, Program of African Studies, Northwestern University, Chicago, Illinois, October 12, 2012.

Keynote Speaker, "Curtailing Voting Rights in Florida," *Civic Dialogues and the 2012 Election in the United States*, College of Central Florida, Ocala, Florida, October 22, 2012.

Keynote Speaker, "The Return of Jim Crow? Voting Rights Under Florida's House Bill 1355," League of Women Voters, Annual Fall Luncheon, Gainesville, Florida, September 11, 2012.

Invited Talk, "Litigating Voting Rights in Florida," 8th Judicial Circuit Florida Bar Association, Continuing Legal Education, Gainesville, Florida, September 21, 2012.

Invited Presentation, "The Impact of HB 1355 on Florida's Hispanics," Gator Academic Outreach Symposium, co-hosted by Hispanic Alumni Association and Miami-Dade College, Miami, FL, May 11, 2012.

Invited Talk, "Voting and Elections in the United States," US Embassy, Accra, Ghana, live satellite talk to US Embassy, Ivory Coast, October 3, 2011.

Invited Public Lecture, "Ghana's National Electoral Commission and the 2012 Elections: The Malapportionment of Parliamentary Constituencies, Rejected Ballots, and Questions of Representation," Department of Political Science International Lecture Series, University of Ghana, Accra, Ghana, November 17, 2011. [Q&A followed by several media interviews, including RadioUniverse, Ghana Television Broadcasting and TV3].

Invited Public Lecture, "Assessing the Credibility of Public Opinion Polls," Ghana Center for Democratic Development (CDD-Ghana), Accra, Ghana, November 23, 2011. [Taped broadcast by TV3 and several FM stations].

Invited Talk, "Obama to Blame?" Penn State University, February 26, 2010.

Invited Talk, "Shirking the Initiative?" Rutgers University, November 6-7, 2008.

Invited Talk, "Granting Power to the People: The Adoption of Direct Democracy in the American States," Bose Series Lecturer, University of Iowa, Iowa City, November 7-10, 2007.

Invited Talk, "Instrumental Effects of the Initiative in the American States," The Voice of the Crowd—Colorado's Initiative, Byron R. White Center for the Study of American Constitutional Law, University of Colorado, Boulder, Old Supreme Court Chambers, Colorado State Capitol, Denver, January 26, 2007.

Invited Paper/Presentation, "Initiating Reform: The Effects of Ballot Measures on State Election and Ethics Policy," *2008 and Beyond: The Future of Election and Ethics Reform in the States*, Ohio State Capital Building, Kent State University, January 16, 2007.

Invited Paper/Presentation, "Financing Ballot Measures in the American States," Financing Referendum Campaigns Conference, University of Zurich, Switzerland, October 27-29, 2006.

Invited Talk, "Pressure at the Polls/Ballot Initiatives," Capitol Beat Conference, Columbus, OH, August, 2006.

Invited Talk, "Turnout and Priming Effects of Ballot Initiatives," Ballot Initiative Strategy Center Spring Briefing, National Education Association, Washington, DC, May 11, 2006.

Invited Talk, "The People as Legislators: The Influence of Direct Democracy," Moritz College of Law, Ohio State University. Columbus, OH, March 3, 2006.

Invited Public Debate, "Initiative Reform in Florida," *Orlando Regional Chamber of Commerce*, Orlando, FL, February 23, 2006.

Invited Talk, "Direct Democracy: The Battle over Citizen Lawmaking," *Minnesota Council of Nonprofits*, *Public Policy Day 2006: Nonprofits as a Force for Change*, Minneapolis, MN, January 26, 2006.

Keynote Speaker, "Taking the Initiative in Florida," *National Conference of Editorial Writers* Regional Conference, University of Central Florida, Orlando, FL, October 16, 2005.

Panelist, "The Educative Effects of Direct Democracy," *Direct Democracy: Historical Roots and Political Realities*, The Bill Lane Center for the Study of the North American West, Stanford University, Stanford, CA, April 14-15, 2005.

Panelist, "The Initiative and Referendum Process," *The 2004 Election: What Does it Mean for Campaigns and Governance?* University of Southern California Law School, Los Angeles, CA, October 8, 2004.

Invited Talk, "Florida's Initiative Process," Oak Hammock, Gainesville, FL, October 21, 2004.

Invited Talk, "Educated by Initiative," Oak Hammock, Gainesville, FL, October 6, 2004.

Invited Talk, "Are Initiatives Good or Bad for Business," *National Chamber of Commerce Federation*, Boca Raton, FL, February 22, 2004.

Panelist, "Roundtable on Florida Politics," *UF-FSU Colloquium*, Gainesville, FL, November 10, 2003.

Panelist, "Initiatives and Referenda: Implications for Public Administration and Governance," *National Academy of Public Administration*, Washington, DC, October 22, 2003.

Panelist, "Initiatives and Referenda: Direct Democracy or Government for Sale?" *New York Bar Association*, New York City, May 8, 2003.

Keynote Speaker, "Direct Democracy in Colorado: The (Sub)Urban-Rural Divide," *Colorado Water Congress Annual Meeting*, Denver, November 8, 2002.

Invited Talk, "Prospects for a Universal Health Care Ballot Initiative in Florida," Alachua County Labor Party, Gainesville, FL, January 25, 2002.

Invited Talk, "The 2000 Ghana Elections: Lessons for the Future," The Center for African Studies, *University of Florida*, Gainesville, August 28, 2001.

Panelist, "Graduate Studies in Canada and U.S.," *University of Ghana at Legon*, Accra, Ghana, March 14, 2001.

Invited Talk, "Media Coverage of the 2000 [Ghanaian] Elections," *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana, March 2, 2001.

Invited Talk, "Ghana's 2000 Elections: The 'Politics of Absence,'" *Ghana Center for Democratic Development (CDD-Ghana)*, Accra, Ghana, February, 2001.

Panelist, "Special Forum on U.S. Presidential Elections 2000," *University of Ghana at Legon*, Accra, Ghana, November 21, 2000.

Invited Talk, "The Role of The Media in US Elections," *Public Affairs Section, United States Embassy*, Accra, Ghana, October 31, 2000.

Facilitator, "Three's A Crowd? The Fate of Third Parties in America," *Humanities Institute Salon*, Denver, May 4, 11, & 18, 2000.

Chair and Discussant, "Factors Affecting the Success of Initiatives," *Western Political Science Association Conference*, San Jose, March 24-26, 2000.

Invited Talk, "The Progressive Myth: Direct Democracy in Colorado, 1912," *Willamette University*, February 3, 2000.

Invited Talk, "The Initiative to Party: The Partisan - Ballot Initiative Nexus," *Willamette University*, February 3, 2000.

Invited Talk, "Taking the Initiative into the 21st Century," *Colorado Water Congress Annual Meeting*, Broomfield, January 27, 2000.

Invited Talk, "Foundations of the American Political System," *Zhejiang University*, Zhejiang, China, October 13, 1999.

Invited Talk, "Trade, Taiwan, Tiananmen, and Theft: Partisanship in US-China Relations," *Fudan University*, Shanghai, China, October 11, 1999.

Invited Talk, "Republicans, Democrats, and US-China Relations," *The People's University*, Beijing, China, October 9, 1999.

Invited Talk, "US-China Relations and the 2000 Presidential Election," *China Institute of Contemporary International Relations*, Beijing, China, October 7, 1999.

Invited Talk, "Taking the Initiative: The Role of Money in Ballot Initiatives in the US," *Aspen Community & Institute Committee*, Aspen, August 10, 1999.

Facilitator, "Taking the Initiative: The Politics of Direct Democracy in Colorado," *Humanities Institute Salon*, May 20, May 27, & June 3, 1999.

Invited Talk, "The State of Direct Democracy in Colorado," American Center Series, *University of Colorado at Boulder*, April 9, 1999.

Participant, "TABOR: Today & Tomorrow," Graduate School of Public Affairs, *University of Colorado at Denver*, January 20-21, 1999.

Keynote Speaker, *Colorado Water Congress Annual Meeting*, "The Initiative Process: What You Need to Know," November 10, 1998.

Invited Talk, "The Political Economy of the Bronco's New Stadium Proposal," George Washington High School, *Reach Out DU*, October 15, 1998.

Invited Talk, "The Political Economy of the Bronco's New Stadium Proposal," Cherry Creek High School, *Reach Out DU*, October 15, 1998.

Invited Talk, "Tax Crusaders and the Politics of Direct Democracy," Tattered Cover Bookstore, Denver, August 20, 1998.

Academic Session Leader, "The Politics of Building a New Broncos Stadium," West High School VIP Program, *University of Denver*, April 17, 1998.

Participant, "Proposition 13 and its Progeny: Is California Suffering from an Excess of Democracy?" Institute of Governmental Studies, *University of California, Berkeley*, April 1-2, 1998.

Moderator, "Politics 101," Student Forum, *University of Denver*, March 3, 1998.

Panelist, "Ways to use Technology in Teaching," Dean's Luncheon on Teaching and Learning, *University of Denver*, February 20, 1998.

Panelist, "The End of Empire in Ghana, 1957," The End of Empire: 50 Years of British Withdrawal, Center for Teaching International Relations, *University of Denver*, February 7, 1998.

Moderator, "1996 Candidate Forum," DU Programs Board, *University of Denver*, October 28, 1996.

Invited Talk, "Election 1996," KARIS Community, Denver, October 24, 1996.

Invited Talk, "*Faux* Populism: Douglas Bruce, Populist Entrepreneur, and the Anti-Tax Moment in Colorado," Humanities Institute, *University of Denver*, October 17, 1996.

Panelist, "The Federal Budget Battle," Sponsored by Omicron Delta Epsilon and Pi Sigma Alpha, *University of Denver*, October 2, 1995.

Invited Talk, "US Energy Policy," Highlands Ranch High School, *Reach Out DU*, November 10, 1995.

Panelist, "Study Abroad," Second Annual University Conference: Internationalization at the University of Denver, *University of Denver*, April, 1994.

Chair and Panelist, "African Studies," Second Annual University Conference: Internationalization at the University of Denver, *University of Denver*, April, 1994.

Panelist, "Public Policy and Work Force Participation: Making the School-to-Work Transition," Public Policy and Work Force Participation Seminar, *University of Pittsburgh*, September 15, 1993.

15

Rapporteur, "City$Money Conference," The La Follette Institute for Public Affairs, *University of Wisconsin-Madison*, February 4-6, 1992.

***EDITORIAL/ADVISORY BOARDS***
Editorial Board, *State Politics and Policy*, 1999-2007; 2014-2016
Editorial Board, *Election Law Journal*, 2012-.
Review Board, *American Political Science Association (APSA) Small Research Grant Program*, 2004-05.
Review Board, *Fulbright/ American Political Science Association (APSA) Congressional Fellowship Program*, 2002-2005.
Academic Advisory Board, *Annual Editions, State & Local Government* (Brown & Benchmark), 1995-.
Sub-Field Editor, *State Politics, FirstResearch*, 1999-2001.

***PROFESSIONAL MEMBERSHIPS***
American Political Science Association, 1990-
    State Politics and Policy Section, 2000-
        President, 2013-2015
        Executive Council, 2010-2012
    Political Organizations and Parties Section, 2000-
Midwest Political Science Association, 1990-
Southern Political Science Association, 2001-
Western Political Science Association, 1994-
    Local Co-Host, Annual Meeting (Denver), 2003
    Chair, Committee on Membership, Attendance, and Registration, 1998-2000
    Section Chair, State Politics and Policy, 1999 Annual Conference (Seattle)
    Member, Charles Redd Politics of the American West Award Committee, 1999
    Chair, Best Dissertation Award Committee, 1999-2001
Florida Political Science Association (1994-)
    Section Chair, State Politics, 2004 Annual Conference (Gainesville)

***PROFESSIONAL APPOINTMENTS***
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2011.
University of Florida Research Foundation (UFRF) Professor, 2010-2012.
Research Scholar, *Bill Lane Center for the Study of the American West*, Stanford University, 2007.
Senior Research Scholar, *Ballot Initiative Strategy Center Foundation (BISCF)*, Nonprofit 501 (c)(3), Washington, DC,
    (www.ballot.org), 2006.
Board of Directors, *Ballot Initiative Strategy Center Foundation (BISCF)*, Nonprofit 501 (c)(3), Washington, DC, 2000-.
Board of Scholars, *Initiative & Referendum Institute*, USC Law School, University of Southern California, 2004-.
Senior Research Fellow, *Initiative & Referendum Institute*, Washington, DC, 1998-2003.
Research Associate, *Ghana Center for Democratic Development* (*CDD-Ghana*), Accra, Ghana, 2000-01.
President & Co-Founder, *Citizens Institute for Voter Information in Colorado* (*CIVIC*), Denver, CO, 1998-2001.

***UNIVERSITY SERVICE***
***University of Florida***
    **College/University**
    Appointed Member, Latin American Studies Search Committee (Latino Studies), 2014-15
    Appointed Member, Political Science/African Studies Search Committee, 2013-14
    Appointed Member, 20th Century American History Search Committee (History), 2008-09
    Appointed Member, Latino Studies Search Committee (LAS), 2006-07
    Departmental Representative, United Faculty of Florida, 2003-
    Alternate Senator, United Faculty of Florida, 2005-
    State Delegate, Florida Education Association, 2006-
    Elected Member, College of Arts and Sciences, Nominating Committee, 2004-06
    Appointed Member, University of Florida Fulbright Committee, 2003-07

    **Department**
    Graduate Coordinator, 2014-2016
    Associate Chair, 2013-2014
    Appointed Member, Infomatics Search Committee (Departmental Representative), 2013-14
    Appointed Member, Promotion (Full) Review Committee (Service), Leonardo Villalon, 2011
    Appointed Member, Promotion (Full) Review Committee (Research), Badredine Arfi, 2010
    Elected Member, Chair's Advisory Committee, 2004-05; 2006-07 (Chair); 2007-08 (Chair); 2010-11; 2012-13
    Elected Member, Chair Search Committee, 2009
    Appointed Member, Tenure Review Committee (Research), Daniel O'Neill, 2008
    Appointed Faculty Mentor, State Senator Mike Haridopolos, 2008-09
    Appointed Member, Strategic Planning Committee, 2008-09

Appointed Director, Graduate Program in Political Campaigning, 2007-11
Appointed Member, Committee to establish Undergraduate Certificate in Political Campaigning, 2007
Elected Member, Market Equity Committee, 2006-07 (Chair); 2007-08; 2008-09 (Chair)
Appointed Internship Coordinator, 2005-
Elected Member, Merit Committee, 2004-05; 2005-06; 2006-07 (Chair)
Appointed Faculty Mentor, Marcus Hendershot, 2006-
Appointed Faculty Mentor, Helena Rodriques, 2005-06
Appointed Member, Ad-Hoc Graduate Teaching Committee, 2005-06
Appointed Member (Chair), Latino Politics Search Committee, 2004-05
Appointed Member, Tenure and Promotion Committee (Samuel Barkin), 2004.
Appointed Member, Mid-Career and Mentoring Task Force, 2004-05
Appointed Member, Speakers Committee, 2003-05 (Chair)
Appointed Member, Tenure and Promotion Committee (Richard Conley), 2003.
Appointed Member, Political Science Best Undergraduate Paper Award Committee, 2003-04

**University of Denver**

Social Science Promotion and Tenure Committee, 1999-2000
Joint Ph.D. Program in Religious and Theological Studies, (with *Iliff School of Theology*), 1999-2002
AH/SOCS Grade Appeals Committee, 1999-2001
*Phi Beta Kappa* Selection Committee, *Gamma* of Colorado, 1998-2002
Partners in Scholarship (PINS) Committee, 1997-2000
AH/SOCS Elected Faculty Committee, 1996-98
Post-Tenure Review Committee, 1996-98
SOAR (Summer Orientation), 1997-2000
Faculty Senate Representative, 1995-1996
Study Abroad Faculty Advisory Committee, 1995-2000
Study Abroad Travel Scholarships Committee, 1995-2000
Faculty Member, Culture and Critical Studies Program, 1995-2000
Faculty Mentor, 1995-2000
Reach-Out DU, 1995-2000
Advisor, Department of Political Science Honors Program, 1995-1996

**MEDIA INTERVIEWS**

Quoted more than 1,000 times by the media (newspaper, radio, television) on various political issues, including the *New York Times, Wall Street Journal, Washington Post, USA Today, Bloomberg, The Economist, Newsweek, Time, CNN, CBS News, Fox News, National Public Radio, Tampa Bay Times, Miami Herald, Florida Times-Union, San Francisco Chronicle, Lost Angeles Times, Chicago Tribune, Boston Globe*, etc.

## Appendix B: Materials Considered

### Case Documents

- ACRU00165-00182 Document Production Request 3.pdf
- ACRU00183_8-4-2016-26_Dupe_NY_Voters_Matching_Middle_Initial_Plus_LastVo....xls
- ACRU00184_20160511 Wynmoor Submission-204.xlsx
- ACRU00185_20160727_Dup_Registered_NY_Voters.xls
- ACRU00186_Active voters no longer in Wynmoor August 2-2016.xlsx
- ACRU00188_BRO_NY_Data.xlsx
- ACRU00191_Precinct F004 Update for Dr. Brenda C. Snipes     3-4-2016.xlsx
- Plaintiff's Response to Defendant Snipes' First Set of Interrogatories (Jan. 31, 2017)
- Plaintiff's Response to Defendant Intervenor 1199 United Health Care Workers East's First Set of Interrogatories (Feb. 3, 2017)

### Additional Sources

Stephen Ansolobehere and Eitan Hersh, "Validation: What Big Data Reveal about Survey Misreporting and the Real Electorate," Political Analysis 20(2012): 437-59.

Marc Caputo, "Florida voters roll listed Gov. Rick Scott as dead in 2006," Miami Herald, June 15, 2012. Available at http://www.mcclatchydc.com/news/politics-government/article24731062.html.

Election Assistance Commission, 2014 Election Administration and Voting Survey Voting Survey Instrument.  Available: https://www.eac.gov/assets/1/Page/2014%20Election%20Administration%20and%20Voting%20SurveyFinal-2014-05-15.pdf.

Election Assistance Commission, 2014 Election Administration & Voting Survey Report Tables (2015) Available: https://www.eac.gov/assets/1/Page/2014_EAVS_Excel_Files1.zip.

Election Assistance Commission, "The 2014 EAC Election Administration and Voting Survey Comprehensive Report" (June 30, 2015). Available: https://www.eac.gov/assets/1/Page/2014_EAC_EAVS_Comprehensive_Report_508_Compliant.pdf.

Florida Department of State, Division of Elections, "2014 General Election: Active Registered Voters by Party (Book Closing: October 6, 2014), October 18, 2014. Available:  http://dos.myflorida.com/media/693898/gen2014_countyparty.pdf.

Michael P. McDonald and Justin Levitt, "Seeing Double Voting: An Extension of the Birthday Problem," Election Law Journal 7(2008): 111-22.

U.S. Census Bureau, "A Compass for Understanding and Using American Community Survey Data," Washington, DC, 2008. Available: https://www.census.gov/content/dam/Census/library/publications/2008/acs/ACSGeneral Handbook.pdf.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 10th day of February, 2017, the foregoing was served via electronic

mail to all counsels of record listed in the attached service list.

*/s/ Scott Novakowski*
Scott Novakowski, Esq.

## SERVICE LIST

*Counsel for Plaintiffs*

William E. Davis (Fla. 191680)
Mathew D. Gutierrez (Fla. 0094014)
FOLEY & LARDNER LLP
Two South Biscayne Boulevard, Suite 1900
Miami, FL 33131
T. (305) 482-8404
F. (305) 482-8600
Email: wdavis@foley.com
Email: mgutierrez@foley.com

J. Christian Adams
Joseph A. Vanderhulst
PUBLIC INTEREST LEGAL FOUNDATION
209 W. Main Street
Plainfield, IN 46168
T. (317) 203-5599
F. (888) 815-5641
Email: adams@publicinterestlegal.org
Email: jvanderhulst@publicinterestlegal.org

H. Christopher Coates
LAW OFFICE OF H. CHRISTOPHER COATES
934 Compass Point
Charleston, SC 29412
T. (843) 609-7080
Email: curriecoates@gmail.com

*Counsel for Defendant*

Burnadette Norris-Weeks (Fla. 0949930)
BURNADETTE NORRIS-WEEKS, P.A.
401 North Avenue of the Arts
Fort Lauderdale, FL 33311
T. (954) 768-9770
F. (954) 786-9790
Email: bnorris@bnwlegal.com

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **AMERICAN CIVIL RIGHTS UNION,** *in its individual and corporate capacities*<br>Plaintiff, | **CASE NO.:** 0:16-CV-61474-BB |
| v. | |
| **BRENDA SNIPES,** *in her official capacity as the SUPERVISOR OF ELECTIONS of BROWARD COUNTY, FLORIDA*<br>Defendant, | |
| v. | |
| **1199SEIU UNITED HEALTHCARE WORKERS EAST**<br>Intervenor-Defendant. | |

**EXPERT REBUTTAL IN RESPONSE TO DECLARATION OF SCOTT E. GESSLER**

**BY DR. DANIEL A. SMITH**

I.      **Background and Qualifications**

I am Dr. Daniel A. Smith, Professor of Political Science and University of Florida

Research Professor (2010-2012).  I received my Ph.D. in Political Science from the University of

Wisconsin-Madison in 1994. For five academic years (2007-2011), I served as the Director of

UF's Political Campaigning Program, which offers a Master of Arts degree in political science

with a special emphasis on political campaigning and practical politics.  This past summer I

stepped down as the UF Department of Political Science Graduate Coordinator, overseeing the

M.A. and Ph.D. programs.  I am also President of ElectionSmith, Inc., a political consulting firm

based in Gainesville, FL, specializing in empirical research on electoral processes in the

American states.  My curriculum vitae (including a list of cases in which I have served as an expert witness) is provided in Appendix A of my original expert report.  I am being paid $350 an hour for work in this case, plus any related expenses.

## II.    Review of Plaintiff's Expert Declaration by Scott E. Gessler

I have reviewed Plaintiff's Expert Declaration by Scott E. Gessler.  The information provided in Mr. Gessler's report does not change the conclusions I stated in my original expert report, specifically, that:

1)  It is not possible to verify the accuracy or validity of Plaintiff's or other spreadsheet authors' spreadsheets of voters who are allegedly ineligible to vote, or who no longer reside, in Broward County, as neither the underlying data nor the algorithms have been made available;

2)  Problems abound with Plaintiff's calculations of the rate of registered voters in Broward County.

## III.    Response to Gessler: "Adherence to Minimum Statutory Requirements"

In his Expert Declaration, Mr. Gessler states (p4) that "[a] modern election is complicated." I concur.  However, I disagree with evidence Mr. Gessler provides to support his opinion (p4) "that the Broward County Supervisor of Election [sic] has failed to conduct a general program and has failed to take reasonable steps to maintain the accuracy of the county voter rolls."

Specifically, Mr. Gessler claims (p5) that "Broward County does not have, in my view, a reasonable list maintenance program." He states (p6) that the county "program of list maintenance" has "no semblance of consistency."

To assess Mr. Gessler's claims, I draw on publicly available voter files (Voter Extract and Vote History Files CD) obtained from the Florida Division of Elections.[1]  Specifically, I analyze voter registration data in Broward County over the past two years—between January 7, 2015 and January 10, 2017.  Over this two-year timeframe, I am able to identify at least 192,157 registered voters that Broward County removed from its voter rolls.[2]  This number of removed voters over the two-year period includes at least 108,152 registered voters, who as of January 7, 2015, were classified as Inactive voters. It also includes the removal of at least 83,052 registered voters, who as of January 7, 2015, were classified as Active voters.  In my opinion, contrary to Mr. Gessler's assertions, this is a reasonable number of voters to be removed from the voter rolls over this period of time and is clear evidence that the Broward Supervisor of Elections and her staff are engaged in active list maintenance, including the removal of voters.

---

[1] The underlying raw data and code used to make these calculations are on file with the author and are available upon request.

[2] In my opinion, these figures from a two-year period are entirely consistent with data over a three-year period provided by the Broward County Supervisor of Elections. According to the document, Dr. Brenda C. Snipes, "Ineligible Voters, cannot be reinstated," (February 3, 2017), between January 1, 2014 and December 31, 2016, Broward County removed a total of 240,028 registered voters during the time period for the following reasons:

### Totals of Ineligible Voters reported by Reason Code

| Reason Code | |
| --- | --- |
| Civil Rights Etc. | 5,102 |
| Deceased | 37,095 |
| Mentally Incompetent | 238 |
| Moved out of County | 85,644 |
| Moved out of County.Req by Vtr | 2,739 |
| Not a U.S. Citizen | 4 |
| Now Registered Elsewhere | 5,225 |
| Office Duplicate Registration | 4,047 |
| Office errors | 107 |
| Remove by voter request | 1,886 |
| Returned Mail,  Inactive 2 yrs | 97,941 |
| **Grand Total:** | **240,028** |

Drawing on "certified reports produced by the Supervisor," Mr. Gessler claims (p10) that the Broward Supervisor of Elections has not sent address confirmation requests to non-voters, asserting that "the number of mail pieces is impossibly small." He states (p11) that the difference between what he estimates to be the "approximately 448,000 non-voters" (in the November 2014 General Election) and the "7,025 address confirmation pieces" sent by the Supervisor of Elections (in the second half-year of 2015 ("H2")) "is too large," and that in his "experience, there is no possibility that nearly all of non-voters in the preceding two years requested a change of address." He goes on to claim (p11) that "[e]ven if one adds up all of pieces of mail sent in the second half of 2015 (67,648), it still does not come even close to the number of non-voters."

To evaluate Mr. Gessler's inferences, I again draw on publicly available voter files (Voter Extract and Vote History Files CD) obtained from the Florida Division of Elections. I draw on these data to analyze changes in Broward County's official voter rolls over a recent two-year period (January 7, 2015 to January 10, 2017). This two-year period is comparable to the timeframe upon which Mr. Gessler relies to draw his conclusions. My analysis reveals that at least 148,645 registered voters in Broward County who were registered as of January 7, 2015 and who were still registered in the county as of January 10, 2017, had their street address updated. That is, nearly 150,000 registered voters—voters who lived *within* Broward County as of January 7, 2015 and January 10, 2017—had their official street address changed on their voter registration. Given public records data limitations, there is no way for me to ascertain how or why these registered voters updated their street addresses, but clearly there was either a direct contact (e.g., updating the address by submitting a change of voter registration form) or an indirect contact (e.g., updating the address when obtaining a renewed driver's license or using a

Post Office change of address form) with the Broward Supervisor of Elections at some point during the two-year (2015-2017) period.  Indeed, my analysis reveals that at least another 6,059 Broward County voters, who remained registered at the same street address at both endpoints in the two-year period, updated their apartment number at some point between January 2015 and January 2017.  In my opinion, these alterations to the street address are evidence list maintenance.

Drawing on the same set of publicly available voter files, my analysis reveals that list maintenance occurs in Broward County, even among registered voters who do not cast ballots. Mr. Gessler (p11) estimates that "approximately 447,788 voters did vote" in the 2014 November election. Setting aside the veracity of his claim, my analysis reveals that at least 99,566 of the 148,645 registered voters (67%) who remained registered in Broward County on both January 2015 and January 2017, but who did not cast a ballot in the November 2014 election, actually updated their Broward County street addresses over the two-year period. This is clear evidence, contrary to Mr. Gessler's claims, that non-voters in Broward County engaged, or otherwise in contact, with the Supervisor of Elections office.

In my opinion, the publicly available data that I have analyzed (and that I have made available, including the code to run my analyses), points to the fact that registered voters in Broward County—even those who do not vote in General Elections—are in contact with the Supervisor of Elections. Registered voters in Broward County—both active and inactive, voters and non-voters—are updating their addresses, notwithstanding the criticisms Mr. Gessler makes concerning the effort by the Broward County Supervisor of Elections to comply with the NVRA and mail notices to non-voters.  In light of the data I have analyzed, Mr. Gessler's conclusions about Broward County's practice of voter list maintenance that he infers (p11) from the "7,025

address confirmation requests" that the Supervisor supposedly sent out in the second half of 2015, are likely to be spurious.  In my opinion, based on the data I have independently analyzed, Mr. Gessler's claims concerning the merits of the Supervisor of Elections' mail program severely underestimate the regular contact registered voters (active and inactive) in the county have with the Supervisor of Elections.

## IV.   Response to Gessler: "Bloated Voter Rolls and Other Warning Signs"

In his Expert Report, Mr. Gessler asserts (p12) that "[a]n unusually high percentage of registered voters serves as one of the main indicators that a jurisdiction does not take reasonable steps to maintain voter registration lists."  (I leave aside here any normative concerns with Mr. Gessler's a statement, namely, why *shouldn't* a jurisdiction seek to register 100% of all its eligible citizens?)  Examining data from the 2010, 2012, 2014, and 2016 elections, Mr. Gessler claims (p12) that "in each election year Broward County had more registered voters than eligible voters living in the county." To calculate his figures, Mr. Gessler (p12) draws on data from the American Community Survey 5-year Citizen Voting Age Population (CVAP) as the denominator for each year.  Mr. Gessler (p12) uses Election Assistance Commission (EAC) data as the numerator to calculate the percent of CVAP who are registered voters in Broward County for 2012, 2012, and 2014; for 2016, he estimates 2016 CVAP "based on historical growth" from the ACS.  His "total current active" voters numerator for 2016 "was taken from the SOE's website" (although he does not provide the date of this snapshot), and his 2016 "active only" numerator is taken from "the SOE's website" (again, he does not provide the date of this snapshot). Unfortunately, it is impossible for me to independently assess the reliability of Mr. Gessler's 2016 figures, as he does not document the dates from which he draws his numerators ("Total Active and Inactive voters" and "Total Active Voters").

As I stated previously in my "Expert Report on Voter Records in Broward County, Florida" (February 10, 2017), there are numerous problems when trying to make precise population estimates from the 5-year ACS. For example, the 5-year 2014 ACS Citizen Voting Age Population that Mr. Gessler reports—1,187,020—is actually just an estimate, averaging the CVAP over a five year period, from 2010 to 2014.  As such, the median year of the 5-year 2014 ACS, is 2012, not 2014, and should certainly not be used as a denominator to calculate voter registration rates in Broward County in 2014. The Census Bureau further warns about using the 5-year ACS estimates for Mr. Gessler's purpose to count CVAP in a given year; indeed, according to the U.S. Census Bureau, the ACS should not be used to provide official counts of the CVAP in between censuses, and as I mentioned in my previous expert report, it likely underestimates the actual number of "age-eligible citizens" in Broward County in October 2014.[3] This same logic applies to the CVAP denominators Mr. Gessler uses for the other years in his table (p12).

In my opinion, there are also problems with Mr. Gessler's (p12) numerators: "Total Active Voters" and "Total Active and Inactive voters" in Broward County.  Rather than using Broward County's official records, Mr. Gessler (p12) draws on the EAC's reported data for these figures, and for 2016, data "from the SOE's website" and "the Voter Extract File CD available from the Florida Division of Elections."  Mr. Gessler (p12) does not provide the specific dates of the 2016 data he obtained from the Florida Division of Elections, nor does he provide the specific dates of the 2016 data he obtained from "the SOE's website." In addition, as I noted in

---

[3] U.S. Census Bureau, "A Compass for Understanding and Using American Community Survey Data," Washington, DC, 2008, p4. Available: https://www.census.gov/content/dam/Census/library/publications/2008/acs/ACSGeneralHandbook.pdf. (Emphasis in the original.)

my earlier expert report (pp8-9), the EAC's Election Administration Voting Survey (EAVS),

especially the 2014 survey, report figures that are at odds with the State of Florida's official

record of registered voters for Broward County at the October 6, 2014 Book Closing.  According

to the publicly available January 10, 2017 Voter Extract File CD that I obtained from the Florida

Division of Elections, there are fewer active (1,191,858), as well as total active and inactive

voters (1,207,530) registered in Broward County on January 10, 2017, than there were in

October 2016, according to the figures reported by Mr. Gessler in his table (p12), "Broward

County Registration Rates." Indeed, as of January 10, 2017, there were 93,940 fewer "total

active and inactive voters" in Broward County than the figure that Mr. Gessler cites, clear

evidence, in my opinion, that Broward County is regularly engaging in voter list maintenance.

## V.  Response to Gessler: "Use of Driver's License Data"

Mr. Gessler suggests (p13) that the ERIC database can be used for "obtaining accurate

address information and removing duplicate voter registrations" by matching names and other

personal information to driver's license information. Mr. Gessler correctly notes that "[t]he

Supervisor of Elections cannot participate in ERIC because the system is available only to states

(including Washington D.C.), and Florida has chosen not to participate thus far."  He goes on to

suggest (p13) that the Broward Supervisor of Election should utilize the Florida Department of

Highway Safety and Motor Vehicles Driver (DHSMV) and Drivers and Vehicle Information

Database (DAVID) "to check for duplicate registrations and address accuracy."

I strongly disagree with Mr. Gessler's statement (p13) that "use of DAVID to compare

voter information to driver license information is not only a reasonable, but also [a] very

important step to take as part of a list maintenance program."  Indeed, in a June 19, 2012 letter to

the Secretary of Homeland Security, Florida Secretary of State Ken Detzner acknowledged that

the use of DAVID was fraught with problems. In 2012, Florida Department of State (FDOS) tried to identify "non-citizens" who might be registered to vote by matching the statewide voter file to the DAVID database, but "that the most significant limitation in its process was outdated citizenship-status information contained in a person's DAVID record, which is only as current as the person's last interaction with DHSMV."[4]  Matching records from Broward County's voter file to DHSMV's DAVID would be equally problematic. As Secretary Detzner noted in 2012 in his letter to Homeland Security Secretary Napolitano, "outdated citizenship-status information [is] contained in a person's DAVID record, which is only as current as the person's last interaction with DHSMV.[5]

## VI.    Response to Gessler: "Jury Notices"

Mr. Gessler (p14) states that the use of "jury recusal forms" is a reasonable step to maintain voter rolls and reduce the bloated registration numbers." In my opinion, as I've shown earlier, there is no evidence that Broward County's registration numbers are "bloated." Furthermore, the use of jury recusal forms for the purpose of maintaining the county's voter registration list is problematic, as information obtained from the clerk of the county court is collected for different purposes and may contain outdated information about an individual—such as if "they no longer live in the jurisdiction or are not a citizen"—may be dated.

## VII.   Response to Gessler: "Duplicate Voter Registrations"

I agree with Mr. Gessler's statement (p14) that "the Supervisor takes reasonable steps to remove duplicate voter registrations." Like Mr. Gessler, I too am unaware of the specific matching criteria that the Broward County Supervisor of Elections or the Division of Elections

---

[4] Ken Detzner. "Letter to U.S. Department of Homeland Security Secretary Janet Napolitano," June 19, 2012.  On file with author.
[5] Ibid.

uses to identify duplicate voters.  However, I disagree with Mr. Gessler's statement (p15) that the Broward County Supervisor of Elections, if she "were to receive information regarding an out-of-state duplicate voter registration," should "send that voter a piece of mail to confirm residence in Broward County, or alternatively begin the removal process."  Mr. Gessler's suggestion that the Supervisor should send mail to confirm residence or, more drastically, begin the removal process, in my opinion, would be unwarranted and unproductive, due to concerns with out-of-date, obsolete, inaccurate, or asynchronized data or questionable matching algorithms that I have articulated above as well as in my previous expert report (p5).

**VIII.   Response to Gessler: "Felon Registrations"**

I have no disagreement with Mr. Gessler's comments (pp15-16) concerning the removal of individuals convicted of a felony from Broward County's voter registration rolls.

**IX.   Response to Gessler: "Non-Citizen Registrations"**

I agree with Mr. Gessler's statement (p16) that "the Supervisor does not check for citizenship." I would caution against Mr. Gessler's suggestion that the Supervisor or some other official access the federal Systematic Alien Verification for Entitlements ("SAVE") database, as it too may lead to false positives when election authorities use such a database not intended for such purposes to try to determine, as Mr. Gessler states, "the citizenship of legal and formerly-legal residents."

**X.   Response to Gessler: "Deceased Voters on Voter Rolls"**

I agree with Mr. Gessler when he states (p17) that the Supervisor appears "to take consistent and regular action to remove deceased voters from the county registration rolls based on this information" that she receives from the Florida Secretary of State regarding deaths in the state.  Since Mr. Gessler does not provide the underlying data for his unlabeled table (p18) or the

source or date from which he derives the "Actual number of centenarians on Broward voter rolls," it is impossible for me to validate his claim (p18) that the "[a]ctual number of centenarians on Broward voter rolls" is 3,044.  Drawing on the publicly available January 7, 2015 and January 10, 2017 voter files (Voter Extract and Vote History Files CD) obtained from the Florida Division of Elections, I calculate that there are only 1,981 centenarians on the Broward County voter rolls as of January 10, 2017.  This includes 21 voters who registered to vote in Broward County at some point after January 7, 2015 and who were at least 100 years old on January 10, 2017.  This is clear evidence that older eligible citizens register to vote anew in Broward County.  Furthermore, as evidence of Broward County's list maintenance, between January 7, 2015 and January 10, 2017, at least 2,980 centenarians (including those who would have been 100 if they were still living as of January 10, 2017) were removed from the county's voter rolls over the two-year period.  In my opinion, Broward County has taken consistent and regular action to remove deceased voters from the county registration rolls.

**XI.** **Conclusion**

Notwithstanding the claims made by Mr. Gessler, in my opinion the Broward County Supervisor of Election is conducting adequate list maintenance of its voter registration rolls.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____23 February 2017_____

Daniel A. Smith, Ph.D.

Appendix A

**Materials Considered**
**Expert Rebuttal of Dr. Daniel A. Smith**
**In Response to Declaration of Scott E. Gessler**

Case Documents

*ACRU v. Snipes*, Expert Report of Dr. Daniel A. Smith (Feb. 10, 2017) and materials considered therein.

*ACRU v. Snipes*, Expert Declaration of Scott E. Gessler (Feb. 10, 2017).

Broward County Supervisor of Elections, "Ineligible Voters, cannot be reinstated" PDF File (February 3, 2017).

Additional Sources

Ken Detzner. "Letter to U.S. Department of Homeland Security Secretary Janet Napolitano," June 19, 2012. On file with author.

Voter Extract and Vote History Files (CD) obtained from the Florida Division of Elections (Jan. 7, 2015). On file with author.

Voter Extract and Vote History Files (CD) obtained from the Florida Division of Elections (Jan. 10, 2017). On file with author.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 24th day of February, 2017, the foregoing was served via electronic

mail to all counsel of record listed in the attached service list.

*/s/ Scott Novakowski*

Scott Novakowski, Esq.

## SERVICE LIST

*Counsel for Plaintiffs*

William E. Davis (Fla. 191680)
Mathew D. Gutierrez (Fla. 0094014)
FOLEY & LARDNER LLP
Two South Biscayne Boulevard, Suite 1900
Miami, FL 33131
T. (305) 482-8404
F. (305) 482-8600
Email: wdavis@foley.com
Email: mgutierrez@foley.com

J. Christian Adams
Joseph A. Vanderhulst
PUBLIC INTEREST LEGAL FOUNDATION
209 W. Main Street
Plainfield, IN 46168
T. (317) 203-5599
F. (888) 815-5641
Email: adams@publicinterestlegal.org
Email: jvanderhulst@publicinterestlegal.org

H. Christopher Coates
LAW OFFICE OF H. CHRISTOPHER COATES
934 Compass Point
Charleston, SC 29412
T. (843) 609-7080
Email: curriecoates@gmail.com

*Counsel for Defendant*

Burnadette Norris-Weeks (Fla. 0949930)
BURNADETTE NORRIS-WEEKS, P.A.
401 North Avenue of the Arts
Fort Lauderdale, FL 33311
T. (954) 768-9770
F. (954) 786-9790
Email: bnorris@bnwlegal.com