UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| **AMERICAN CIVIL RIGHTS UNION,** in its individual and corporate capacities<br>*Plaintiff,*<br><br>v.<br><br>**BRENDA SNIPES,** in her official capacity as the SUPERVISOR OF ELECTIONS of BROWARD COUNTY, FLORIDA<br>*Defendant*,<br><br>**1199SEIU UNITED HEALTHCARE WORKERS EAST**,<br>*Defendant-Intervenor.* | **CASE NO.:** 0:16-CV-61474-BB |
|---|---|

## DEFENDANT-INTERVENOR 1199SEIU UNITED HEALTHCARE WORKERS EAST'S INDEX OF PUBLICLY-FILED EXHIBITS

Pursuant to this Court's order at trial and Administrative Order 2016-70, Defendant-Intervenor hereby files the following trial exhibits, including those necessitating redactions due to the presence of personal information:

| Exh# | Title | Description |
|---|---|---|
| 1 | Ineligible Voters, cannot be reinstated, From 01-01-2014 to 12-31-2016.pdf | List of all voters who were removed between January 1, 2014 and December 31, 2016. (Redacted) |
| 6 | VoteByMail-Exp20151005144302.txt | 2015 Vote by Mail Export File (Redacted) |
| 7 | NCOAExport.txt | Past NCOA Export File |
| 8 | NCOAExport_1048576.txt | Other NCOA Export File |
| 9 | 2015 Invoices PT1.pdf | Part of 2015 invoices with Commercial Printers |

| | | |
|---|---|---|
| 10 | 2015 Invoices PT2.pdf | Part of 2015 invoices with Commercial Printers |
| 11 | 2015 Invoices PT3.pdf | Part of 2015 invoices with Commercial Printers |
| 12 | 2015 Invoices PT4.pdf | Part of 2015 invoices with Commercial Printers |
| 13 | 2015 Invoices PT5.pdf | Part of 2015 invoices with Commercial Printers |
| 14 | 2015 Invoices PT6.pdf | Part of 2015 invoices with Commercial Printers |
| 15 | 2015 Invoices PT7.pdf | Part of 2015 invoices with Commercial Printers |
| 16 | 2015 Invoices PT8.pdf | Part of 2015 invoices with Commercial Printers |
| 19 | NCOA-Exp20110920145129.txt | 2011 NCOA Export File |
| 20 | 2014 Invoices PT1.pdf  (174KB) | Part of 2014 invoices with Commercial Printers |
| 21 | 2014 Invoices PT2 | Part of 2014 invoices with Commercial Printers |
| 22 | 2014 Invoices PT3 | Part of 2014 invoices with Commercial Printers |
| 23 | 2014 Invoices PT4. | Part of 2014 invoices with Commercial Printers |
| 24 | 2014 Invoices PT5 | Part of 2014 invoices with Commercial Printers |
| 25 | 2014 Invoices PT6 | Part of 2014 invoices with Commercial Printers |
| 27 | 2014 Invoices PT8 | Part of 2014 invoices with Commercial Printers |
| 28 | 2014 Invoices PT9 | Part of 2014 invoices with Commercial Printers |
| 29 | 2014 Invoices PT10 | Part of 2014 invoices with Commercial Printers |
| 30 | 2014 Invoices PT11 | Part of 2014 invoices with Commercial Printers |
| 31 | 2014 Invoices PT12 | Part of 2014 invoices with Commercial Printers |
| 32 | 2014 Invoices PT13 | Part of 2014 invoices with Commercial Printers |
| 33 | 2014 Invoices PT14 | Part of 2014 invoices with Commercial Printers |
| 34 | 2014 Invoices PT15 | Part of 2014 invoices with Commercial Printers |

Case 0:16-cv-61474-BB   Document 221   Entered on FLSD Docket 08/14/2017   Page 3 of 18

| | | |
|---|---|---|
| 35 | 2014 Invoices PT16 | Part of 2014 invoices with Commercial Printers |
| 36 | 2014 Invoices PT17 | Part of 2014 invoices with Commercial Printers |
| 37 | 2014 Invoices PT 18 | Part of 2014 invoices with Commercial Printers |
| 38 | 2014 Invoices PT 19 | Part of 2014 invoices with Commercial Printers |
| 39 | 2014 Invoices PT 20 | Part of 2014 invoices with Commercial Printers |
| 40 | 2014 Invoices PT 21 | Part of 2014 invoices with Commercial Printers |
| 41 | 2014 Invoices PT 22 | Part of 2014 invoices with Commercial Printers |
| 42 | 2014 Invoices PT 23 | Part of 2014 invoices with Commercial Printers |
| 43 | 2014 Invoices PT 24 | Part of 2014 invoices with Commercial Printers |
| 44 | 2014 Invoices PT 25 | Part of 2014 invoices with Commercial Printers |
| 45 | 2014 Invoices PT 26 | Part of 2014 invoices with Commercial Printers |
| 46 | 2014 Invoices PT 27 | Part of 2014 invoices with Commercial Printers |
| 47 | 2014 Invoices PT 28 | Part of 2014 invoices with Commercial Printers |
| 48 | 2014 Invoices PT 29 | Part of 2014 invoices with Commercial Printers |
| 49 | 2014 Invoices PT 30 | Part of 2014 invoices with Commercial Printers |
| 50 | 2014 Invoices PT 31 | Part of 2014 invoices with Commercial Printers |
| 51 | 2013 Invoices PT1 | Part of 2013 invoices with Commercial Printers |
| 52 | 2013 Invoices PT 2 | Part of 2013 invoices with Commercial Printers |
| 53 | 2013 Invoices PT 3 | Part of 2013 invoices with Commercial Printers |
| 54 | 2013 Invoices PT 4 | Part of 2013 invoices with Commercial Printers |
| 55 | 2013 Invoices PT 5 | Part of 2013 invoices with Commercial Printers |
| 56 | 2013 Invoices PT 6 | Part of 2013 invoices with Commercial Printers |

| 57 | 2013 Invoices PT 7 | Part of 2013 invoices with Commercial Printers |
|---|---|---|
| 58 | 2013 Invoices PT 8 | Part of 2013 invoices with Commercial Printers |
| 59 | 2013 Invoices PT 9 | Part of 2013 invoices with Commercial Printers |
| 60 | 2013 Invoices PT10 | Part of 2013 invoices with Commercial Printers |
| 61 | 2013 Invoices PT11 | Part of 2013 invoices with Commercial Printers |
| 62 | 2013 Invoices PT12 | Part of 2013 invoices with Commercial Printers |
| 63 | 2013 Invoices PT13 | Part of 2013 invoices with Commercial Printers |
| 64 | 2013 Invoices PT14 | Part of 2013 invoices with Commercial Printers |
| 65 | 2013 Invoices PT 15 | Part of 2013 invoices with Commercial Printers |
| 66 | 2013 Invoices PT 16 | Part of 2013 invoices with Commercial Printers |
| 67 | 04-04-16-1805-Address Change Notice-NoticesExport20160405111446 | April 2016 Address Change Notices Export File |
| 68 | 04-05-16-158-Address Confirmation Request-NoticesExport20160405112324 | April 2016 Address Confirmation Request Export File |
| 69 | 04-05-16-5146-Final Notice-NoticesExport20160405112556 | April 2016 Final Notice Export File |
| 70 | 05-03-16-276-Address Change Notice NoticesExport20160503150244 | May 2016 Address Change Notices Export File |
| 71 | 05-03-15-002-Address Confirmation Request-NoticesExport20160503150542 | May 2016 Address Confirmation Request Export File |
| 72 | 05-03-16-132-Final Notice-NoticesExport20160503150710 | May 2016 Final Notice Export File |

| 73 | 05-31-16-296-Address Change Notice-NoticesExport20160531150906 | May 31, 2016 Address Change Notices Export File |
|---|---|---|
| 74 | 05-31-16-2-Address Confirmation Request-NoticesExport20160531151205 | May 31, 2016 Address Confirmation Request Export File |
| 75 | 05-31-16-1-Final Notice-NoticesExport20160531151324 | May 31, 2016 Final Notice Export File |
| 76 | 01-05-15-268-Address Change Notice-NoticesExport20150105124036 | January 2015 Address Change Notices Export File |
| 77 | 01-05-15-31-Address Confirmation Request-NoticesExport20150105124442 | January 2015 Address Confirmation Request Export File |
| 78 | 01-05-15-747-Final Notice-NoticesExport20150105124538 | January 2015 Final Notice Export File |
| 79 | 02-02-15-630-Address Change Notice-NoticesExport20150202120633 | February 2015 Address Change Notices Export File |
| 80 | 02-02-15-77-Address Confirmation Request-NoticesExport20150202121734 | February 2015 Address Confirmation Request Export File |
| 81 | 02-02-15-690-Final Notice-NoticesExport20150202121852 | February 2015 Final Notice Export File |
| 82 | 03-02-15-478-Address Change Notice-NoticesExport20150302161036 | March 2015 Address Change Notices Export File |
| 83 | 03-16-15-209-Address Change Notice-NoticesExport20150316115126 | 2nd March 2015 Address Change Notices Export File |

| | | |
|---|---|---|
| 84 | 03-16-15-682-Address Change Notice-NoticesExport20150316115126 | 3rd March 2015 Address Change Notices Export File |
| 85 | 03-02-15-43-Address Confirmation Request-NoticesExport20150302161910 | March 2015j Address Confirmation Request Export File |
| 86 | 03-16-15-38-Address Confirmation Request-NoticesExport20150316115410 | 2nd March 2015 Address Confirmation Request Export File |
| 87 | 03-16-15-81-Address Confirmation Request-NoticesExport20150316115410 | 3rd March 2015 Address Confirmation Request Export File |
| 88 | 03-02-15-680-Final Notice-NoticesExport20150302162110 | March 2015 Final Notice Export File |
| 89 | 03-16-15-368-Final Notice-NoticesExport20150316115605 | 2nd March 2015 Final Notice Export File |
| 90 | 03-16-15-1050-Final Notice-NoticesExport20150316115605 | 3rd March 2015 Final Notice Export File |
| 91 | 04-01-15-120-Address Change Notice-NoticesExport20150401115217 | April 2015 Address Change Notices Export File |
| 92 | 04-01-15-20-Address Confirmation Request-NoticesExport20150401115619 | April 2015 Address Confirmation Request Export File |
| 93 | 04-01-14-228-Final Notice-NoticesExport20150401115702 | April 2015 Final Notice Export File |
| 94 | 05-01-15-166-Address Change Notice-NoticesExport20150501101116 | May 2015 Address Change Notices Export File |

| 95 | 05-01-15-4-Address Confirmation Request-NoticesExport20150501101425 | May 2015 Address Confirmation Request Export File |
|---|---|---|
| 96 | 05-01-15-312-Final Notice-NoticesExport20150501101642 | May 2015 Final Notice Export File |
| 97 | 06-01-15-618-Address Change Notice-NoticesExport20150601111840 | June 2015 Address Change Notices Export File |
| 98 | 06-01-15-14-Address Confirmation Request-NoticesExport20150601114105 | June 2015 Address Confirmation Request Notice Export File |
| 99 | 06-01-15-482-Final Notice-NoticesExport20150601114154 | June 2015 Final Notice Export File |
| 100 | 07-07-15-14470-Address Change Notice-NoticesExport20150707114904 | July 2015 Address Change Notices Export File |
| 101 | 07-07-15-1867-Address Confirmation Request-NoticesExport20150707140725 | July 2015 Address Confirmation Request Export File |
| 102 | 07-07-15-4283-Final Notice-NoticesExport20150707142913 | July 2015 Final Notice Export File |
| 103 | 26467-Address Change Notices-NoticesExport20150805080819 | August 2015 Address Change Notices Export File |
| 104 | 3875-Address Confirmation Request-NoticesExport20150806081929 | August 2015 Address Confirmation Request Notices Export File |
| 105 | 8147-Final Notice-NoticesExport20150806101546 | August 2015 Final Notice Export File |

| 106 | 09-01-15-342-Address Change Notice-NoticesExport20150901090035 | September 2015 Address Change Notices Export File |
|---|---|---|
| 107 | 09-01-15-1216-Address Confirmation Request-NoticesExport20150901090451 | September 2015 Address Confirmation Request Export File |
| 108 | 09-01-15-1308-Final Notice-NoticesExport20150901091240 | September 2015 Final Notice Export File |
| 109 | 10-01-15-2619-Address Change Notice-NoticesExport20151001114905 | October 2015 Address Change Notices Export File |
| 110 | 10-01-15-55-Address Confirmation Request-NoticesExport20151001121752 | October 2015 Address Confirmation Request Export File |
| 111 | 10-01-15-1372-Final Notice-NoticesExport20151001121932 | October 2015 Final Notices Export File |
| 112 | 11-02-15-686-Address Change Notice-NoticesExport20151102122553 | November 2015 Address Change Notices Export |
| 113 | 11-08-15-8-Address Confirmation Request-NoticesExport20151102123726 | November 2015 Address Confirmation Request Notices Export |
| 114 | 11-02-15-678-Final Notice-NoticesExport20151102123816 | November 2015 Final Notice Export File |
| 115 | 12-01-15-247-Address Change Notice-NoticesExport20151201161914 | December 2015 Address Change Notices Export File |
| 116 | 12-01-15-4-Address Confirmation Request-NoticesExport20151201162110 | December 2015 Address Confirmation Request Notices Export File |

| 117 | 12-01-15-3-Final Notice-NoticesExport20151201162205 | December 2015 Final Notice Export File |
|---|---|---|
| 118 | 02-04-14-470-Address Change Notice-NoticesExport201424144342 | February 2014 Address Change Notices Export File |
| 119 | 02-04-14-29-Address Confirmation Request-NoticesExport201424145720 | February 2014 Address Confirmation Request Export File |
| 120 | 02-04-14-2945-Final Notice-NoticesExport201424145825 | February 2014 Final Notice Export File |
| 121 | 03-12-14-2155-Address Change Notice-NoticesExport2014312101620 | March 2014 Address Change Notices Export File |
| 122 | 03-12-14-635-Address Confirmation Request-NoticesExport2014312115033 | March 2014 Address Confirmation Request Export File |
| 123 | 03-12-14-34900-Final Notice-NoticesExport2014312124954 | March 2014 Final Notice Export File |
| 124 | 04-01-14-1097-Address Change Notice-NoticesExport201441113230 | April 2014 Address Change Notices Export File |
| 125 | 04-01-14-229-Address Confirmation Request-NoticesExport201441115410 | April 2014 Address Confirmation Request Export Notice |
| 126 | 04-01-14-13340-Final Notice-NoticesExport201441115642 | April 2014 Final Notice Export File |
| 127 | 05-01-14-1372-Address Change Notice-NoticesExport201451112942 | May 2014 Address Change Notices Export File |

| 128 | 05-01-14-186-Address Confirmation Request-NoticesExport20145112952 | May 2014 Address Confirmation Request Export |
| --- | --- | --- |
| 129 | 05-01-14-6625-Final Notice-NoticesExport201451122128 | May 2014 Final Notice Export File |
| 130 | 05-23-14-429-Address Change Notice-NoticesExport20140523124754 | 2nd May 2014 Address Change Notice Export File |
| 131 | 05-23-14-061-Address Confirmation Request-NoticesExport20140523125246 | 2nd May 2014 Address Confirmation Request Export File |
| 132 | 05-23-14-547-Final Notice-NoticesExport20140523125350 | 2nd May 2014 Final Notice Export File |
| 133 | 12-05-14-2215-Address Change Notice-NoticesExport20141205104728 | December 2014 Address Change Notices Export File |
| 134 | 12-05-14-171-Address Confirmation Request-NoticesExport20141205112442 | December 2014 Address Confirmation Request Export File |
| 135 | 12-05-14-9962-Final Notice-NoticesExport20141205125641 | December 2014 Final Notice Export File |
| 136 | 01-02-13-910-Final Notice-NoticesExport20131211229 | January 2013 Final Notice Export File |
| 137 | 02-11-13-7068-Final Notice-NoticesExport2013211142344 | February 2013 Final Notice Export File |
| 138 | 03-04-13-12181-Final Notice-NoticesExport20133492541 | March 2013 Final Notice Export File |

| 139 | 04-01-13-672-Address Change Notice-NoticesExport20134114345 | April 2013 Address Change Notices Export File |
|---|---|---|
| 140 | 04-01-13-3819-Final Notice-NoticesExport20134115614 | April 2013 Final Notice Export File |
| 141 | 05-01-13-3668-Address Change Notice-NoticesExport20135184054 | May 2013 Address Change Notices Export File |
| 142 | 05-01-13-18471-Final Notice-NoticesExport201351978 | May 2013 Final Notice Export File |
| 143 | 06-03-13-1923-Address Change Notice-NoticesExport20136393558 | June 2013 Address Change Notices Export File |
| 144 | 06-03-13-22934-Final Notice-NoticesExport2013639525 | June 2013 Final Notice Export File |
| 145 | 07-01-13-1109-Address Change Notice-NoticesExport2013719225 | July 2013 Address Change Notices Export File |
| 146 | 07-01-13-11347-Final Notice-NoticesExport2013719546 | July 2013 Final Notices Export File |
| 147 | 08-26-13-5944-Final Notice-NoticesExport2013826112536 | August 2013 Final Notice Export File |
| 148 | 09-23-13-5820-Final Notice-NoticesExport201392412123 | September 2013 Final Notice Export File |
| 149 | 10-08-13-459-Final Notice-NoticesExport201310893411 | October 2013 Final Notice Export File |

| 150 | 11-04-13-874-Final Notice-NoticesExport2013114113457 | November 2013 Final Notice Export File |
|---|---|---|
| 151 | 12-03-13-319-Final Notice-NoticesExport2013123105243 | December 2013 Final Notice Export File |
| 152 | B001_Thru_B006-7882-NoticesExport201419121143 | Part of 2014 Reprecincting notices (Redacted) |
| 153 | K001_Thru_K011-17551-NoticesExport201419125014 | Part of 2014 Reprecincting notices (Redacted) |
| 154 | P004-1482-NoticesExport20141912112 | Part of 2014 Reprecincting notices (Redacted) |
| 155 | Q010-1618-NoticesExport2014191058 | Part of 2014 Reprecincting notices (Redacted) |
| 156 | Q020-429-NoticesExport201419123919 | Part of 2014 Reprecincting notices (Redacted) |
| 157 | Q030-Q031-5247-NoticesExport201419113639 | Part of 2014 Reprecincting notices (Redacted) |
| 158 | A001_Thru_A024-42270-NoticesExport201419162031 | Part of 2014 Reprecincting notices (Redacted) |
| 159 | C001_Thru_C038-57867-NoticesExport201411083624 | Part of 2014 Reprecincting notices (Redacted) |
| 160 | D001_Thru_D016-24098-NoticesExport20141101665 | Part of 2014 Reprecincting notices (Redacted) |
| 161 | E001_Thru_G016-142750-NoticesExport2014111192942 | Part of 2014 Reprecincting notices (Redacted) |

| 162 | H001_Thru_J024-61730-NoticesExport201411211649 | Part of 2014 Reprecincting notices (Redacted) |
|---|---|---|
| 163 | L001_Thru_L019-39368-NoticesExport201411219595 | Part of 2014 Reprecincting notices (Redacted) |
| 164 | M001_Thru_N029-114388-NoticesExport201411373956 | Part of 2014 Reprecincting notices (Redacted) |
| 165 | P001_Thru_P006-8717-NoticesExport2014113155058 | Part of 2014 Reprecincting notices (Redacted) |
| 166 | Q040_Thru_Q091-71086-NoticesExport2014113163526 | Part of 2014 Reprecincting notices (Redacted) |
| 167 | R001_Tru_R069-111513-NoticesExport2014114142248 | Part of 2014 Reprecincting notices (Redacted) |
| 168 | S001_Thru_S009-16946-NoticesExport2014115104347 | Part of 2014 Reprecincting notices (Redacted) |
| 169 | T001_Thru_T030-54535-NoticesExport2014115142556 | Part of 2014 Reprecincting notices (Redacted) |
| 170 | U001_Thru_U011-22420-NoticesExport2014115231810 | Part of 2014 Reprecincting notices (Redacted) |
| 171 | V001_Thru_V058-86874-NoticesExport201411695931 | Part of 2014 Reprecincting notices (Redacted) |
| 172 | W001_Thru_W005-72368-NoticesExport2014116191712 | Part of 2014 Reprecincting notices (Redacted) |

| 173 | Q040_Thru_Q091-71121-NoticesExport201411983538-v2 | Part of 2014 Reprecincting notices (Redacted) |
|---|---|---|
| 174 | X001_Thru_X050-101957NoticesExport201411793941 | Part of 2014 Reprecincting notices (Redacted) |
| 175 | Y001_Thru_Y008-20677-NoticesExport201411811395 | Part of 2014 Reprecincting notices (Redacted) |
| 176 | Z001_Thru_Z005-7563-NoticesExport2014118151241 | Part of 2014 Reprecincting notices (Redacted) |
| 177 | felon-MI-main-file-Jan-Jun 2013 | List of removed felons January-June 2013 (Redacted) |
| 178 | felon-MI-main-file-Jul-Dec 2013 | List of removed felons July-December 2013 (Redacted) |
| 179 | felon-MI-main-file-Jan-Jun 2014 | List of removed felons January-June 2014 (Redacted) |
| 180 | felon-MI-main-file-Jul-Dec 2014 | List of removed felons July-December 2014 (Redacted) |
| 181 | felon-MI-main-file-Jan-Jun 2015 | List of removed felons January-June 2015 (Redacted) |
| 182 | felon-MI-main-file-Jul-Dec 2015 | List of removed felons July-December 2015 (Redacted) |
| 183 | felon-MI-main-file-Jan-Dec 2016 | List of removed felons Jan-December 2016 (Redacted) |
| 184 | Gabbay Emails "201707061025.pdf" | Emails exchanged between Dr. Snipes and Richard Gabbay (Redacted) |
| 187 | Address Confirmation Cards ("Hall, Mary January 27, 2017 – Exh (1).pdf", "Hall, Mary January 27, 2017 – Exh (2).pdf", "Hall, Mary January 27, 2017 – Exh (3).pdf" | Various Broward County address confirmation cards |

| 189 | Summary of Export Files (Composite Exhibit) | Summary of Export Files (DX-67–151) |

Dated: August 14, 2017

Respectfully submitted,

*/s/ Katherine Roberson-Young, Esq.*
Katherine Roberson-Young, Associate General Counsel
Florida Bar No.: 038169
Service Employees International Union
11601 Biscayne Blvd., Ste. 209
Miami, FL 33181
T. (954) 804-2719
Email: Katherine.roberson-young@seiu.org

*Of Counsel:*

Kathleen M. Philips, Esq.
Florida Bar No.: 287873
Phillips, Richard & Rind, P.A.
9360 SW 72nd Street, Ste. 283
Miami, FL 33173
T. (305) 412-8322
Email: kphillips@phillipsrichard.com

Trisha Pande, Law Fellow*
Service Employees International Union
1800 Massachusetts Ave, NW
Washington, DC 20036
T. (202) 730-7383
Email: trisha.pande@seiu.org

Stuart C. Naifeh, Senior Counsel*
Cameron A. Bell, Legal Fellow*
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
T. (212) 485-6240
Email: snaifeh@demos.org
Email: cbell@demos.org

                    Jessica R. Amunson*
                    Kali N. Bracey*
                    Carrie F. Apfel*
                    Marina K. Jenkins*
                    Tassity S. Johnson*
                    Jenner & Block LLP
                    1099 New York Ave., N.W., Suite 900
                    Washington, DC 20001
                    Email: jamunson@jenner.com
                    Email: kbracey@jenner.com
                    Email: capfel@jenner.com
                    Email: mjenkins@jenner.com
                    Email: tjohnson@jenner.com

*Admitted Pro Hac Vice*
*Counsel for Intervenor 1199SEIU United Healthcare Workers East*

## **CERTIFICATE OF SERVICE**

I certify that on the 14th day of August, 2017, the foregoing was served via this Court's CM/ECF system to all counsels of record listed in the attached service list.

                                                   */s/ Katherine Roberson-Young, Esq.*
                                                   Katherine Roberson-Young, Esq.

**SERVICE LIST**

*Counsel for Defendant Brenda Snipes*
Burnadette Norris-Weeks (Fla. 0949930)
BURNADETTE NORRIS-WEEKS, P.A.
401 North Avenue of the Arts
Fort Lauderdale, FL 33311
T. (954) 768-9770
F. (954) 786-9790
Email: bnorris@bnwlegal.com

*Counsel for Plaintiff*
William E. Davis (Fla. 191680)
FOLEY & LARDNER LLP
Two South Biscayne Boulevard, Suite 1900
Miami, FL 33131
T. (305) 482-8404
F. (305) 482-8600
Email: wdavis@foley.com
Email: mgutierrez@foley.com

J. Christian Adams
Joseph A. Vanderhulst
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington, Suite 1675
Indianapolis, IN 46204
317-203-5599
F. (888) 815-5641
Email: adams@publicinterestlegal.org
Email: jvanderhulst@publicinterestlegal.org
Email: kphillips@publicinterestlegal.org

H. Christopher Coates
LAW OFFICE OF H. CHRISTOPHER COATES
934 Compass Point
Charleston, SC 29412
T. (843) 609-7080
Email: curriecoates@gmail.com

Kenneth A. Klukowski
AMERICAN CIVIL RIGHTS UNION
3213 Duke Street, #625
Alexandria, VA 22314
877-730-2278
Email: kklukowski@theacru.org