UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-61474-BLOOM/Valle

ANDREA BELLITTO and
AMERICAN CIVIL RIGHTS UNION,

Plaintiffs,

v.

BRENDA SNIPES, in her official capacity as
the SOE of Broward County, Florida,

Defendant,

v.

1199SEIU UNITED HEALTHCARE
WORKERS EAST,

    Intervenor Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following a five-day bench trial and the entry of the Court's Findings of Fact and Conclusions of Law, in which the Court concluded that Plaintiff, American Civil Rights Union ("Plaintiff"), failed to satisfy its burden of proving that Defendant, Brenda Snipes, in her official capacity as the Supervisor of Elections of Broward County, Florida, violated Section 8 of the National Voting Rights Act.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED AND ADJUDGED** as follows:

1. **FINAL JUDGMENT** is entered in favor of Defendant, Brenda Snipes, in her official capacity as the Supervisor of Elections of Broward County, Florida, and Intervenor

CASE NO. 16-cv-61474-BLOOM/Valle

Defendant, 1199SEIU United Healthcare Workers East, and against Plaintiff, American Civil Rights Union, upon the claims asserted by Plaintiff in the Amended Complaint, ECF No. [12].

2. The Court reserves jurisdiction to hear any post-trial motions.

3. The Clerk is directed to mark this case **CLOSED.**

**DONE AND ORDERED** in Miami, Florida, 30th day of March, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record